**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,

Defendants.

Case No. 3:14-cv-00513

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff, the Consumer Financial Protection Bureau ("Bureau"), hereby moves for summary judgment on all counts against defendants The Mortgage Law Group, LLP ("TMLG"), Consumer First Legal Group, LLC, Thomas G. Macey, Jeffrey J. Aleman, Jason E. Searns, and Harold E. Stafford (collectively, "Defendants").

The Bureau moves for summary judgment against Defendants on the grounds that the material facts are not in dispute and that it is entitled to judgment as a matter of law. This motion is based on the accompanying Memorandum in Support of Plaintiff's Motion for

Summary Judgment, Plaintiff's Statement of Proposed Findings of Fact, and supporting exhibits, all of which have been filed herewith.

Date: October 9, 2015

Respectfully submitted,

Anthony Alexis (DC Bar #384545)
*Enforcement Director*

David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*

Cynthia Gooen Lesser (NY Bar #2578045)
*Assistant Deputy Enforcement Director*

*/s/ Seth B. Popkin*
Seth B. Popkin, DC Bar #417365
Seth.Popkin@cfpb.gov
202-435-9496
Shirley Chiu, IL Bar #6296079
Shirley.Chiu@cfpb.gov
202-435-7592
Leanne Hartmann, MA Bar #667852
Leanne.Hartmann@cfpb.gov
202-435-7453
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and of the accompanying Memorandum in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Statement of Proposed Findings of Fact were served on October 9, 2015, via electronic mail, upon counsel of record in this action.

*/s/ Seth B. Popkin*
Seth B. Popkin