UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiff,<br><br>v.<br><br>THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,<br><br>      Defendants. | Case No. 3:14-cv-00513 |

## DECLARATION OF SETH B. POPKIN
### PURSUANT TO 28 U.S.C. § 1746

1. I am an Enforcement Attorney at the Consumer Financial Protection Bureau ("Bureau") and lead counsel for Plaintiff in this matter. This declaration is based upon my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment filed on October 27, 2015 ("Bureau's Memorandum").

3. Plaintiff's Exhibits ("Pl.'s Ex.") 1 and 4-13 submitted to the Court in support of the Bureau's Memorandum are true and correct copies of documents that Defendants Consumer First Legal Group, LLC, Thomas G. Macey, Jeffrey J. Aleman, Jason E. Searns, and Harold E. Stafford served in response to Plaintiff's First Request for Production of Documents served on February 2, 2015.

1

4. Pl.'s Ex. 2 submitted to the Court in support of the Bureau's Memorandum is a true and correct copy of a document received by the Bureau from the Arizona Attorney General's Office.

5. Pl.'s Ex. 3 submitted to the Court in support of the Bureau's Memorandum is a true and correct copy of a document received by the Bureau from the Indiana Attorney General's Office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 27, 2015

                                            Seth B. Popkin, DC Bar #417365
                                            Enforcement Attorney
                                            Consumer Financial Protection Bureau
                                            1700 G Street, NW
                                            Washington, DC 20552