UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU,<br>          Plaintiff,<br>  v.<br><br>THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,<br>          Defendants. | Case No. 3:14-cv-00513 |

**JOINT MOTION FOR A ONE-WEEK CONTINUATION
OF THE AGREED TRIAL COMMENCEMENT DATE**

  Plaintiff, the Consumer Financial Protection Bureau ("Bureau"), and defendants Consumer First Legal Group, LLC, Thomas G. Macey, Jeffrey J. Aleman, Jason E. Searns, and Harold E. Stafford (collectively "Defendants"), through their respective undersigned counsel, respectfully move the Court to continue the commencement of trial by one week to April 24, 2017 instead of April 17, 2017.  In support of this motion, the parties state as follows:

  1.  On July 20, 2016, the Court issued an Opinion and Order ("July Order") requiring the parties to meet, confer, and submit a proposed trial plan and ordering a telephonic scheduling conference to discuss the proposed trial plan. (Dkt. 191)

  2.  On August 17, 2016, the Court and the parties participated in a telephonic scheduling conference, during which it was agreed by the parties that trial would commence on April 17, 2017 and continue into the week of April 24, 2017.  (Dkt. 196)

  3.  After the scheduling conference, it came to the attention of counsel for the parties that April 16, 2017 is Easter Sunday.

4. Counsel for the parties believes that it would be unduly burdensome for the trial to begin the day after Easter Sunday, not only for counsel but also for witnesses who will be required to travel to testify at the trial during the first week. Counsel proposes that a short continuance of the trial commencement date will obviate the need for counsel and witnesses to be traveling or working on Easter Sunday.

WHEREFORE, the parties respectfully request that the Court set the trial commencement date as April 24, 2017, with the trial continuing into the week of May 1, 2017.

Date: August 26, 2016

Respectfully submitted,

Anthony Alexis (DC Bar #384545)
*Enforcement Director*
David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*
Cynthia Gooen Lesser (NY Bar #2578045)
*Assistant Deputy Enforcement Director*

*/s/ Seth B. Popkin*
Seth B. Popkin, DC Bar #417365
Seth.Popkin@cfpb.gov
202-435-9496
Shirley Chiu, IL Bar #6296079
Shirley.Chiu@cfpb.gov
202-435-7592
Mary K .Warren, NY Bar #2557684
Mary.Warren@cfpb.gov
202-435-7815
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

Dated: August 26, 2016

Respectfully submitted,

Consumer First Legal Group, LLC, Thomas Macey, Jeffrey Aleman, Jason Searns, and Harold Stafford,

*/s/Douglas M. Poland*
Douglas M. Poland
10 E. Doty Street, Suite 507
Madison, WI 53703
T: 608-960-7453
F: 608-960-7460
dpoland@rathjewoodward.com

Timothy D. Elliott (*pro hac vice*)
Emily A. Shupe (*pro hac vice)*
Kaitlyn Anne Wild
Rathje & Woodward, LLC
300 E. Roosevelt Rd., Suite 300
Wheaton, IL 60187
T: 630-668-8500
F: 630-668-9218
telliott@rathjewoodward.com
eshupe@rathjewoodward.com
kwild@rathjewoodward.com