| **PLAINTIFF AND DEFENDANTS' REVISED JOINT EXHIBIT LIST** | **CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY,**<br>**JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,**<br><br>**Defendants.** |
|---|---|

| **Date** | **Identification** | | **Description** | **Bates Numbers** | **Offers, Objections, Rulings, Exceptions** |
|---|---|---|---|---|---|
| | **No.** | **Witness** | | | |
| | 1001 | | CFLG Operating Agreement, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 2, Stafford CFLG 30(b)(6) Deposition Ex. 5, Reiff Deposition Ex. 28, Daines Deposition Ex. 19, SJ Ex. 3, Fears Deposition Ex. 15 | DEF.000141-172 | |
| | 1002 | | E-mail from Kelly Sibert to Local Attorneys dated January 23, 2012, "Local Intake Review and Class B Change," previously marked as Harrington Deposition Ex. 12, Ruggiero Deposition Ex. 8, SJ Ex. 11, Gustafson Deposition Ex. 7, Daines Deposition Ex. 8, Fears Deposition Ex. 6, Rammell Deposition Ex. 15 | CFPB-TMLG-0061123 | |
| | 1003 | | Class B Agreement between William Harrington and TMLG, previously marked as Harrington Deposition Ex. 9, Daines Deposition Ex. 14, SJ Ex. 12, Rammell Deposition Ex. 13 | CFPB-TMLG-0061198-61205 | |
| | 1004 | | Class B Agreement between Daniel Ruggiero and CFLG, previously Ruggiero Deposition Ex. 13, Daines Deposition Ex. 18, SJ Ex. 18 | CFPB-TMLG-0052820-52829 | |
| | 1005 | | CFLG Recorded Verification Script, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 5, SJ Ex. 19 | DEF.000205-206 | |
| | 1006 | | TMLG Welcome Packet, previously marked as Searns Deposition Ex. 7, Gerst Deposition Ex. 3, SJ Ex. 34 | TMLG.MO.LIT.000181-201 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1007 | | TMLG Welcome Letter and Packet, previously marked as Delgado Deposition Ex. 6, Harrington Deposition Ex. 8, Powell Deposition Ex. O, Gustafson Deposition Ex. 9, Daines Deposition Ex. 5, Fears Deposition Ex. 4, Trebbe Deposition Ex. 4, Scheer Deposition Ex. 8, Rammell Deposition Ex. 4, Murdock Deposition Ex. 5 | DEF.000537-557 | |
| | 1008 | | E-mail from Colin Banyon to Jacqueline Delgado dated June 12, 2012, "Intake Reviews for Loan Modifications," previously marked as Delgado Deposition Ex. 4, Sibert Deposition Ex. 11 | CFPB-TMLG-0004669-4673 | |
| | 1009 | | E-mail from Jacqueline Delgado to Gloria Riojas dated August 15, 2012, "3rd request: July Pay," previously marked as Delgado Deposition Ex. 7 | CFPB-TMLG-0004687-4694 | |
| | 1010 | | Enrollment Script, previously marked as Banyon Deposition Ex. 4, Aleman CFLG 30(b)(6) Ex. 6 | DEF.000202-204 | |
| | 1011 | | CFLG Mortgage Loan Modification and Foreclosure Defense Qualification Checklist, previously marked as Banyon Deposition Ex. 6, Aleman CFLG 30(b)(6) Ex. 7, Stafford 30(b)(6) Deposition Ex. 3, Powell Deposition Ex. W, Scheer Deposition Ex. 7 | DEF.001-2 | |
| | 1012 | | CFLG North Combined Balance Sheet, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 3 | DEF.000282-297 | |
| | 1013 | | TMLG Welcome Packet, previously marked as Aleman Deposition Ex. 3, Searns Deposition Ex. 5, Harrington Deposition Ex. 5, Ruggiero Deposition Ex. 9 | TMLG.MO.LIT. 000110-132 | |
| | 1014 | | Templates of Auto-generated E-mails, previously marked Trebbe Deposition Ex. 14 | CFPB-TMLG-0087081-083 | |
| | 1015 | | E-mail from C. Banyon to Local Partner dated June 12, 2012, "Intake Reviews for Loan Modifications," previously marked as Reiff Deposition Ex. 4, Daines Deposition Ex. 7, Fears Deposition Ex. 8 | DR000140-142 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1016 | | E-mail from TMLG to D. Reiff, dated June 29, 2012, “New Client Assigned for Intake Review…” previously marked as Reiff Deposition Ex. 5, Daines Deposition Ex. 6, Fears Deposition Ex. 7 | DR00053 | |
| | 1017 | | E-mail from K. Sibert to D. Reiff dated Jan. 23, 2012, “Local Intake Review and Class B Change,” previously marked as Reiff Deposition Ex. 6 | DR000296-297 | |
| | 1018 | | TMLG Submission Package Checklist, previously marked as Reiff Deposition Ex. 8, Daines Deposition Ex. 11, Fears Deposition Ex. 10, Trebbe Deposition Ex. 12, Scheer Deposition Ex. 17 | DR00013-14 | |
| | 1019 | | E-mail from K. Sibert to D. Reiff, dated Sept. 29, 2011, previously marked as Reiff Deposition Ex. 9 | DR000402-3 | |
| | 1020 | | E-mail from K. Sibert to D. Reiff dated Oct. 29, 2011, previously marked as Reiff Deposition Ex. 10, Daines Deposition Ex. 9, Fears Deposition Ex. 5, Trebbe Deposition Ex. 5, Scheer Deposition Ex. 9 | DR000652-3 | |
| | 1021 | | TMLG Welcome Letter, previously marked as Reiff Deposition Ex. 11 | DR000577-598 | |
| | 1022 | | Class B Member Addendum dated July 6, 2011, previously marked as Reiff Deposition Ex. 12 | DR00041-8 | |
| | 1023 | | Class B Member Addendum dated July 26, 2011, previously marked as Reiff Deposition Ex. 13 | DR00023-30 | |
| | 1024 | | E-mail from L. Preshad to D. Reiff dated Nov. 10, 2011, “…please review attached file” previously marked as Reiff Deposition Ex. 20 | DR000368-73 | |
| | 1025 | | E-mail from K. Sibert to Local Attorney dated Apr. 19, 2012, “Attorney Touch Point Emails and Client Notifications,” previously marked Reiff Deposition Ex. 29, Daines Deposition Ex. 12, Fears Deposition Ex. 11, Murdock Deposition Ex. 13 | DR000149-53 | |
| | 1026 | | Email from TMLG System to D. Reiff dated Apr. 23, 2012, “Submission Ready for Review…” previously marked as Daines Deposition Ex. 10, Fears Deposition Ex. 9 | DR00093 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1027 | | E-mail from K. Sibert to D. Reiff dated Apr. 5, 2012, "Signature and Approval Request," previously marked as Daines Deposition Ex. 13 | DR000167-68 | |
| | 1028 | | TMLG Welcome Letter, previously marked as Daines Deposition Ex. 17, Fears Deposition Ex. 14 | TMLG.MO.LIT.000110-11 | |
| | 1029 | | Email from K. Sibert to L. Preshad dated Jan. 23, 2012, "Local Intake Review and Class B Change" previously marked as Trebbe Deposition Ex. 6 | CFPB-TMLG-0087209-87210 | |
| | 1030 | | Email from K. Sibert to L. Preshad dated Jan. 23, 2012, "Local Intake Instructions and Sample Notification" previously marked as Trebbe Deposition Ex. 7, Scheer Deposition Ex. 11, Rammell Deposition Ex. 16 | CFPB-TMLG-0087207 | |
| | 1031 | | Email from TMLG System to K. Trebbe dated Feb. 7, 2012, "New Client Assigned for Intake Review…" previously marked as Trebbe Deposition Ex. 8 | CFPB-TMLG-0087277 | |
| | 1032 | | Email from TMLG System to K. Trebbe dated Dec. 21, 2011, "Client Assigned – Portfolio…" previously marked as Trebbe Deposition Ex. 9 | CFPB-TMLG-0087129 | |
| | 1033 | | Email from K. Sibert to L. Preshad dated Dec. 21, 2011, "Local Intake Submission Reviews – TMLG CRM" previously marked as Trebbe Deposition Ex. 10 | CFPB-TMLG-0087205-87206 | |
| | 1034 | | Email from K. Sibert to K. Sibert and C. Banyon dated Apr. 19, 2012, "Attorney Touch Point Email and Client Notifications" previously marked as Trebbe Deposition Ex. 13 | CFPB-TMLG-0087084-87092 | |
| | 1035 | | Class B Member Addendum dated Oct. 31, 2011 previously marked as Trebbe Deposition Ex. 15 | CFPB-TMLG-0087071-87080 | |
| | 1036 | | Class B Member Addendum dated Dec. 8, 2011 previously marked as Trebbe Deposition Ex. 16 | CFPB-TMLG-0087534-87541 | |
| | 1037 | | CFLG Welcome Letter and Loan Modification Application, Fears Deposition Ex.16, Scheer Deposition Ex. 6 | CFPB-TMLG-0088118-88130 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1038 | | TMLG Letter to K. Owens dated Aug. 17 2012, Trebbe Deposition Ex. 21 | | |
| | 1039 | | Mark Scheer's Foreclosure Client List, previously marked as Scheer Deposition Ex. 4 | MS0007-14 | |
| | 1040 | | Multiple Emails from H. Stafford to M. Scheer dated Jul. 9, 2012, "New Files – CFLG" previously marked Scheer Deposition Ex. 13 | MS0001-6 | |
| | 1041 | | Email from @aol.com to attorney support dated Aug. 30, 2012, previously Scheer Deposition Ex. 18 | MS000015 | |
| | 1042 | | Email from K. Sibert to J. Rammell dated May 2, 2011, "New TMLG Website and CRM Client Database" previously marked Rammell Deposition Ex. 6 | JR000126-132 | |
| | 1043 | | Email from K. Sibert to J. Rammell dated Jun. 6, 2011, " Fwd: Loan Mod File in Need of Review…" previously marked Rammell Deposition Ex. 7, Murdock Deposition Ex. 6 | JR00031-35 | |
| | 1044 | | Multiple Emails from L. Preshad to J. Rammell dated May 11, 2011, "Mortgage Law Group File Ready For Local Attorney Review" previously marked Rammell Deposition Ex. 9 | JR00052-76 | |
| | 1045 | | Emails from TMLG System to J. Rammell "Client Assigned…" previously marked Rammell Deposition Ex. 10 | JR00012-13 | |
| | 1046 | | Email from K. Sibert to K. Sibert dated Oct. 29, 2011, "Updates from The Mortgage Law Group (Important)" previously marked Rammell Deposition Ex. 11, Murdock Deposition Ex. 9 | JR000232-233 | |
| | 1047 | | Email from L. Preshad to J. Rammell dated Feb. 3, 2012, "Reminder: 3073529(Michelle Portillo)…" previously marked Rammell Deposition Ex. 12 | JR000229-230 | |
| | 1048 | | Multiple Emails from TMLG System to J. Rammell, "New Client Assigned for Intake Review…" previously marked as Rammell Deposition Ex. 17 | JR00077-114 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1049 | | Email from L. Preshad to J. Rammell dated May 11, 2011, “Mortgage Law Group File Ready For Local Attorney Review” previously marked Murdock Deposition Ex. 7 | JR00052 | |
| | 1050 | | Multiple Emails from TMLG System to P. Murdock dated May 30, 2012, “Submission Ready for Review…” previously marked Murdock Deposition Ex. 8 | CFPB-TMLG-0088133-88140 | |
| | 1051 | | Email from K. Sibert to P. Murdock dated Mar. 8, 2012, “Re: Local Intake Instructions and Sample Notification” previously marked Murdock Deposition Ex. 11 | CFPB-TMLG-0088147-88153 | |
| | 1052 | | Multiple Emails from TMLG System to P. Murdock dated May 30, 2012, “New Client Assigned for Intake Review…” previously marked Murdock Deposition Ex. 12 | CFPB-TMLG-0088154-88205 | |
| | 1053 | | The Supreme Court of South Carolina Court News Memorandum from Jean Hoefer Toal to Members of the South Carolina Bar dated Sept. 23, 2009, “RE: Guidelines for Attorneys Conducting Residential Real Estate Closings” previously marked Murdock Deposition Ex. 25 | CFPB-TMLG-0088206-88213 | |
| | 1054 | | Local Attorney Submission Review Instructions for TMLG CRM, previously marked as Ruggiero Deposition Ex. 3, Trebbe Deposition Ex. 11, Scheer Deposition Ex. 16 | CFPB- TMLG-0087204 | |
| | 1055 | | Retainer Agreement Template between CFLG and Consumers | DEF.000173-187 | |
| | 1056 | | M. Pultz – TMLG File | DEF.00011609-11800 | |
| | 1057 | | M. Pultz Client Notes | DEF.00011801 | |
| | 1058 | | CFLG accounting regarding F. Halwani | DEF.0008219 | |
| | 1059 | | Fadi Halwani – CFLG Notes, previously marked as Gerst Deposition Ex. 9 | DEF.0008202-08218 | |
| | 1060 | | Fadi Halwani – CLFG file | DEF.0008814-9212 | |
| | 1061 | | Retainer Agreement between TMLG and Consumer B. Peterson | DEF.0008504-8519 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1062 | | Consumer B. Peterson CFLG Attorney Approval Request Processing Submission regarding Mortgage Assistance | DEF.0008630-8672 | |
| | 1063 | | Brett Peterson – CFLG Notes | DEF.0008674 | |
| | 1064 | | Tim Ledbetter – Client Notes | DEF.0008398 | |
| | 1065 | | Retainer Agreement between TMLG and Montez Saunders | DEF.00012534-12577 | |
| | 1066 | | Montez Saunders – CFLG Notes | DEF.00012578 | |
| | 1067 | | Retainer Agreement between Linda White and TMLG | DEF011952-72, DEF011935 | |
| | 1068 | | Linda White – TMLG Notes | DEF.00012070 | |
| | 1069 | | Linda White - TMLG File | DEF.00011802-11951; DEF.00011973-12069 | |
| | 1070 | | Anthony Richardson - Client Notes | NDS856-0882 | |
| | 1071 | | Anthony D. Rizzio - Retainer | NDS01170-01187 | |
| | 1072 | | Anthony D. Rizzio - Client Notes | NDS01065-01100, 01114-<br>01139 | |
| | 1073 | | Dan Edwards - Client Notes | NDS01266-01289, 01305-<br>01326 | |
| | 1074 | | Deloris Dallas - Client Notes | NDS01492-01510, 01523-<br>01538 | |
| | 1075 | | Deloris Dallas – Submission, previously marked as Daines Ex. 23 | DEF015079-015201 | |
| | 1076 | | Joshua Jepsen - Client Notes | NDS01691-1726, 01869-<br>01885 | |
| | 1077 | | Joshua Jepsen - Correspondence | NDS01867 | |
| | 1078 | | Marcella Andrade - Retainer | NDS01917-01936 | |
| | 1079 | | Marcella Andrade - Client Notes | NDS01899-01915; NDS01869-1885 | |
| | 1080 | | Marcella Andrade - Submission | NDS01980-02047 | |
| | 1081 | | Marcella Andrade - Correspondence | NDS01888-01898 | |
| | 1082 | | Martin Smith - Client Notes | NDS02057-02090 | |
| | 1083 | | Martin Smith - Correspondence | NDS02200-02213 | |
| | 1084 | | Paul Price - Client Notes | NDS02280-02299, 02315-<br>02332 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1085 | | Sarah D'Alfonso fka Bylek - Client Notes | NDS02451-02471, 02485-02499 | |
| | 1086 | | Walter Stewart - Client Notes | NDS02726-02749, 02763-02780 | |
| | 1087 | | Spreadsheet of TMLG consumers | DEF.0003455 | |
| | 1088 | | Spreadsheet of TMLG local attorneys | DEF.0003458-3459 | |
| | 1089 | | Spreadsheet of CFLG consumers before July 2012, previously marked Scheer Deposition Ex. 5 | DEF.0008271 | |
| | 1090 | | Class B Membership Agreement between TMLG and Deborah Stencel | DEF.000460-467 | |
| | 1091 | | Class B Member Agreement between TMLG and Everett Walton, previously marked as Sibert Deposition Ex. 10 | CFPB-TMLG-0053107-53116; DEF.00013-22 | |
| | 1092 | | Class B Membership Agreement between CFLG and Edith Gray | DEF.000100-109 | |
| | 1093 | | Class B Membership Agreement between CFLG and Timothy Daniel | DEF.00073-76 | |
| | 1094 | | Class B Membership Agreement between CFLG and Wilfred D. Denis III | DEF.00053-61 | |
| | 1095 | | Class B Membership Agreement between CFLG and Jeffrey Attx | DEF.00062-72 | |
| | 1096 | | Class B Membership Agreement between CFLG and James H. Lawson | DEF.00043-52 | |
| | 1097 | | Class B Membership Agreement between CFLG and Daniel Ruggiero | DEF.0003-12 | |
| | 1098 | | Class B Membership Agreement between CFLG and Thomas Sundvold | DEF.00033-42 | |
| | 1099 | | Class B Membership Agreement between CFLG and Everett Walton | DEF.00013-22 | |
| | 1100 | | Class B Member Agreement between CFLG and Angela Hermasillo, previously marked as Delgado Ex. 13 | DEF.00023-32 | |
| | 1101 | | Class B Member Agreement between CFLG and Gregory Straub, previously marked as Banyon Deposition Ex. 7, Aleman CFLG 30(b)(6) Deposition Ex. 4, Stafford CFLG 30(b)(6) Deposition Ex. 1 | DEF.000110-119 | |
| | 1102 | | Class B Membership Agreement between CFLG and Jacob Wilson | DEF.00077-86 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1103 | | Class B Membership Agreement between CFLG and William Harrington | DEF.00087-89 | |
| | 1104 | | Class B Membership Agreement between CFLG and Christopher Bryan Fears | DEF.00090-99 | |
| | 1105 | | Class B Member Addendum William Harrington | CFPB-TMLG-0061198-61206 | |
| | 1106 | | TMLG Employee Handbook | DEF.0002554-2922 | |
| | 1107 | | CFLG 2012 Partnership Tax Return | DEF.000306-341 | |
| | 1108 | | CFLG 2013 Tax Return, previously marked as Macey CFLG 30(b)(6) Deposition Ex. 2 | DEF.000342-379 | |
| | 1109 | | CFLG 2013 Profit and Loss Statement | DEF.000299-302 | |
| | 1110 | | Local Attorney List | DEF.000479-481 | |
| | 1111 | | E-mail from Colin Banyon dated June 12, 2012 at 6:20pm, Intake Reviews for Loan Modifications | CFPB-TMLG-0053048- 53050 | |
| | 1112 | | Spreadsheet of CFLG consumers | DEF.0003456 | |
| | 1113 | | Floy Johnson – Retainer Agreement | NDS0797-00808 | |
| | 1114 | | Floy Johnson – Client Notes | CONF.DEF. 12071, NDS0677-0690 | |
| | 1115 | | Floy Johnson - Submission | NDS0712-0749 | |

Dated: April 17, 2017

Respectfully submitted,

FOR THE PLAINTIFF:
Consumer Financial Protection Bureau

Anthony Alexis (DC Bar #384545)
*Enforcement Director*

David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*

Cynthia Gooen Lesser (NY Bar #2578045)
*Assistant Deputy Enforcement Director*

*/s/ Shirley Chiu*
Seth B. Popkin, DC Bar #417365
Seth.Popkin@cfpb.gov
202-435-9496
Shirley Chiu, IL Bar #6296079
Shirley.Chiu@cfpb.gov
202-435-7592
Mary K. Warren, NY Bar #2557684
Mary.Warren@cfpb.gov
202-435-7815
David Dudley, WI Bar # 1062812
David.Dudley@cfpb.gov
202-435-9284

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

FOR THE DEFENDANTS:
RATHJE & WOODWARD, LLC

*/s/ Timothy D. Elliott*
Douglas M. Poland (SBN 1055189)
10 E. Doty St., Ste. 507
Madison, WI 53703
Tel.: (608) 960-7430
dpoland@rathjewoodward.com
Timothy D. Elliott (*pro hac vice*)
Emily A. Shupe (*pro hac vice*)
300 E. Roosevelt Rd., Ste. 300
Wheaton, IL 60187
Tel.: (630) 668-8500
telliott@rathjewoodward.com
eshupe@rathjewoodward.com

COUNSEL FOR CONSUMER FIRST LEGAL GROUP, LLC, THOMAS MACEY, JEFFREY ALEMAN, JASON SEARNS, AND HAROLD STAFFORD

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on April 17, 2017, via electronic mail, upon counsel of record in this action.

*/s/ Shirley Chiu*
Shirley Chiu