UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>THE MORTGAGE LAW GROUP, LLP, CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS and HAROLD E. STAFFORD,<br><br>Defendants. | ) | Case No. 3:14-cv-00513<br><br>Hon. William Conley |

**DEFENDANTS' SECOND AMENDED TRIAL EXHIBIT LIST**
**<u>WITH PLAINTIFF'S OBJECTIONS</u>**

Pursuant the Court's January 26, 2017 Order (dkt. #224), Defendants Consumer First Legal Group ("CFLG"), Thomas Macey, Jeffrey Aleman, Jason Searns and Harold Stafford respectfully submit their Second Amended Exhibit List. This lists supersedes the lists filed on February 17, 2017 (dkt. # 263) and March 10, 2017 (dkt. 297)

Exhibit 671 is marked with a double asterisk (**). That exhibit is a collection of certified certificates of good standing issued by various states for various Class B members of CFLG and/or TMLG.

As the Court's January 26 Order requires, Defendants will continue to consult in good faith with the CFPB to eliminate duplicate exhibits, stipulate to the admissibility of exhibits, and otherwise streamline the parties' evidentiary presentations. The parties are continuing to work together in an effort to stipulate to the licensure status of some or all of TMLG and CFLC Class B attorneys.

Dated: April 17, 2017

Respectfully submitted,

/s/ Timothy D. Elliott

Douglas M. Poland
State Bar No. 1055189
10 E. Doty St., Ste. 507
Madison, WI 53703
Tel: (608) 960-7430
dpoland@rathjewoodward.com

Timothy D. Elliott (*Pro Hac Vice*)
Emily A. Shupe (*Pro Hac Vice*)
Rathje & Woodward, LLC
300 E. Roosevelt Rd., Suite 300
Wheaton, IL 60187
630-668-8500

## CERTIFICATE OF SERVICE

I, Timothy D. Elliott, an attorney, do hereby certify that on April 17, 2017, I caused the foregoing to be filed and served via ECF notification on all counsel of record.

Dated: April 17, 2017 /s/ Timothy D. Elliott

| Identification | | Defendants' Description | Record Reference | Offerings, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| **No.** | **Witness** | | | |
| 501. | | Limited Liability Partnership Agreement of The Mortgage Law Group, LLP ("TMLG") | CFPB037038-037109, Reiff Dep. Ex 16 | |
| 506. | | Foreclosure Defense Handbook Binder | DEF01403-02553 | |
| 509. | | Strategic Alliance Agreement between TMLG and Underwater Processing Solutions, LLC | DEF0700-0714 | |
| 510. | | Strategic Alliance Agreement between TMLG and Client Attorney Processing Services, LLC | DEF0715-0730 | |
| 511. | | Strategic Alliance Agreement between TMLG and Attorney Processing Solutions, LLC | DEF0735-0749 | |
| 513. | | CFLG Welcome Packet | Aleman Dep. Ex. 8 | |
| 520. | | NDS Database | NDS0534-0673 | FRE 901,this document has not been authenticated; it appears incomplete and not in its native format. |
| 522. | | Assignment of Rights Under and Amendment to SAA | DEF0731-0734 | |
| 523. | | TMLG Processing – Status and Disposition Workflow | KS0368 | |
| 524. | | IARDC – Aleman/Macey Complaint | DEF02923-2935 | |
| 525. | | IARDC – 11/10/14 Order - Dismissal | DEF02936-2938 | FRE 401-2, disposition of an ARDC complaint is not relevant; document is not what it purports to be. |

| Identification | | Defendants' Description | Record Reference | Offerings, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| No. | Witness | | | |
| 526. | | Declaration of Nicole Winters with Exhibits (Dkt. 172) | Dkt. 172 | FRE 802, Winters' declaration is hearsay; FRE 401-2, exhibits only show the licensing status of attorneys as of the dates stated, which are irrelevant to the time period when TMLG or CFLG was in business. |
| 528. | | TMLG 2011 Partnership Return | DEF01217-01286 | |
| 529. | | TMLG 2012 Partnership Return | DEF01287-01366 | |
| 530. | | TMLG 2012 P&L Statement | DEF01208-01214 | |
| 531. | | TMLG 2013 Partnership Return | DEF01367-01402 | |
| 538. | | Executed Client Waivers (Group Exhibit) | Group Exhibit | |
| 542. | | Brett Peterson - Correspondence | DEF08581-08584 | |
| 560. | | Fadi Halwani - Retainer Agreement | DEF.08187-08200<br>DEF.09016 | |
| 576. | | Saunders - Submission | DEF.12159-12207, 012529-012531 | |
| 577. | | Saunders - Correspondence | DEF.12431-12434<br>DEF.12117-12118<br>DEF.12250-12251<br>DEF.12223<br>DEF.12227-12249<br>DEF.12224<br>DEF.12209<br>DEF.12297-12300<br>DEF.12526-12527<br>DEF.12352 | |

| Identification | | Defendants' Description | Record Reference | Offerings, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| No. | Witness | | | |
| 581. | | Halpin Retainer Agreement | DEF.11588-011600 | |
| 582. | | Halpin Settlement Agreement | DEF.11586-11587 | |
| 583. | | Halpin Client Notes | DEF.11608 | |
| 584. | | Timothy Ledbetter Financial Information | DEF.08274 | |
| 585. | | Timothy Ledbetter Submission | DEF.08275-8331, 8365-66, 08367-08397 | |
| 588. | | 06/11/12 Email from Banyon re Memo to be Distributed ot Phase 1 | Delgado Dep. Ex. 3 | |
| 590. | | 5/15/2012 Email from Banyon re FL Loan Mod and Foreclosure Cases | Delgado Dep. Ex. 5 | |
| 592. | | Class B Member Addendum (LHDR) | Murdock Dep. Ex. 4 | |
| 596. | | 10/20/11 Email from Weiss re Referral from Paul Hull | Murdock Dep. Ex. 17 | |
| 597. | | 02/29/12 Email from Sibert re TMLG Loan Mod Addendum | Murdock Dep. Ex. 18 | |
| 598. | | 04/24/12 Email from Sibert re Signature and Approval Request | Murdock Dep. Ex. 19 | |
| 599. | | 03/16/12 Email from Preshad re 316893 - Diane Brown - reminder: please review | Murdock Dep. Ex. 20 | |
| 600. | | 10/10/11 Email from Banyon re discovery in SC | Murdock Dep. Ex. 21 | |

| **Identification** | | **Defendants' Description** | **Record Reference** | **Offerings, Objections, Rulings, Exceptions** |
|---|---|---|---|---|
| **No.** | **Witness** | | | |
| 601. | | 10/12/11 Email from Banyon re Matzinger.. 2010 - CP - 0218 | Murdock Dep. Ex. 22 | |
| 602. | | 10/17/11 Email from Arcure re XXX ..2010 - CP - 0218 | Murdock Dep. Ex. 23 | |
| 603. | | 05/24/12 Email from Arcure re Matzinger | Murdock Dep. Ex. 24 | |
| 605. | | 03/08/11 Email from Banyon re Forclosure Defense Cases | JR028-030, Rammell Dep. Ex. 5 | |
| 608. | | 07/29/11 Email from Sibert re Loan Mod Client XXX - in Need of Your Review | JR036-040, Rammell Dep. Ex. 8 | |
| 614. | | 07/07/11 Email from Sibert | JR041-044, Rammell Dep. Ex. 21 | |
| 617. | | 6/29/12 Email from TMLG | DR052-067, 070-073, 079-091, 094-095, 0654, Reiff Dp. Ex. 19 | |
| 618. | | 11/17/2011 from P. Hull | DR0333-0334, Reiff Dep. Ex. 21 | |
| 619. | | 11/21/11 Email from P. Hull | DR0317-0326, Reiff Dep. Ex. 22 | |
| 620. | | 12/15/11 Email from D. Reiff | DR0327, Reiff Dep. Ex. 23 | |
| 621. | | 2/23/12 Email from P. Hull | DR0204-0239, Reiff Dep. Ex. 26 | |
| 622. | | Attn: Team I Affidavit of Postponement, State of Minnesota | DR008-010, Reiff Dep. Ex. 27 | |
| 623. | | 2/14/12 Email from P. Hull | DR0438-0441, Reiff Dep. Ex. 25 | |

| Identification | | Defendants' Description | Record Reference | Offerings, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| **No.** | **Witness** | | | |
| 625. | | 7/5/11 Email from D. Reiff | DR0427-0429, Reiff Dep. Ex 17 | |
| 629. | | 10/9/12 Email from C. Banyon | DR0453-0455, Reiff Dep. Ex. 7 | |
| 633. | | 11/4/11 Email from P. Hull | DR0348-0367, Reiff Dep. Ex. 18 | |
| 647. | | Foreclosure Response Team Attorney Information Sheet | CFPB0087274, Trebbe Dep. Ex. 26 | |
| 649. | | 10/25/11 Email from K. Trebbe | CFPB0087322, Trebbe Dep. Ex. 23 | |
| 651. | | Kevin Maniak Trebbe Resume | CFPB0087196, Trebbe Dep. Ex. 22 | |
| 652. | | 11/2/11 Email from P. Hull | CFPB0087142-0087144, Trebbe Dep. Ex. 25 | |
| 653. | | 1/26/12 Email from L. Preshad | CFPB0087035, Trebbe Dep. Ex. 34 | |
| 654. | | 1/2712-5/23/12 Emails from TMLG System | CFPB0087318, 87317, 87306, 87320, 87307, 87308, 87309, 87310, 87311, 87321, 87303, 87304, 87305, 87296, 87297, 87298, 87312, 87313, 87315, 87314, 87316, 87319, 87291, 87292, 87290, 87281, 87294, 87293, 87282, 87295, 87283, 87284, 87285, 87287, 87286, 87289, 87288, 87299, 87300, 87301, 87302, 87275, 87277, 87278, 87276, 87280, 87279; Trebbe Dep. Ex. 32 | |
| 655. | | 11/11/11 Email from P. Hull | CFPB0087357-0087360, Trebbe Dep. Ex. 28 | |
| 656. | | 12/21/11 Email from K. Sibert with attachments | CFPB0087137, 87204, 87200, 87201, 87202; Trebbe Dep. Ex. 31 | |

| **Identification** | | **Defendants' Description** | **Record Reference** | **Offerings, Objections, Rulings, Exceptions** |
|---|---|---|---|---|
| **No.** | **Witness** | | | |
| 657. | | Short Sale Flowchart for TMLG | CFPB0087376-087382, Trebbe Dep. Ex. 35 | |
| 658. | | 12/8/11 Email from K. Sibert | CFPB0087100-0087125, Trebbe Dep. Ex. 29 | |
| 659. | | 12/21/11 - 6/21/12 Emails from TMLG | CFPB0087127, 87128, 87129, 87126, 87390, 87410, 87389, 87391, 87400, 87393, 87392, 87395, 87394, 87397, 87396, 87399, 87398, 87401, 87410, 87402, 87403, 87404, 87405, 87407, 87406, 87408, 87409; Trebbe Dep. Ex. 33 | |
| 662. | | 4/5/12 Email from K. Sibert | DR00167-00168, Daines Dep. Ex. 13 | |
| 663. | | Spreadsheet | Daines Dep. Ex. 21 | |
| 664. | | BOA ltr to Mortgage Law Group dated 5/7/12 | DEF013902, Daines Ex. 22 | |
| 665. | | 06/09/11 Email | NDS081-083 | FRE 401-2, document is not relevant, as e-mail references “Legal Helpers Foreclosure Defense.” |
| 666. | | 06/27/11 Email | NDS0119-0121 | FRE 401-2, document is not relevant, as e-mail references “Legal Helpers Foreclosure Defense.” |
| 667. | | 06/28/11 Email | NDS0128-0130 | FRE 401-2, document is not relevant, as e-mail references “Legal Helpers Foreclosure Defense.” |
| 669. | | Group Exhibit: Collection of previously filed attorney affidavits and declarations | | FRE 802, the affidavits and declarations are hearsay; these documents conflict with or contradict some deposition testimony of declarants; FRE 1002, Best Evidence Rule, deposition testimony on the subjects is the best evidence; |

| Identification | | Defendants' Description | Record Reference | Offerings, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| No. | Witness | | | |
| 670. | | Summary Chart of TMLG/CFLG Attorneys and Clients by State | | Mischaracterizes evidence; FRE 1002, Best Evidence Rule, the best evidence are the underlying state bar documents. |
| 671.** | | Group Exhibit: Class B Member Certificates of Good Standing | DEF.16015-16194 | To the extent defendants intend to use this exhibit to show good standing of these local attorneys, the Bureau disputes that the following attorneys whom defendants have identified as providers of services to TMLG or CFLG were in good standing for the elevant period: Pam Archibald (Arizona), Colin Banyon (Illinois), Jason Blust (Illinois), Burton Kliman (Rhode Island), Catherine Lena (California), Robert Raper (Ohio), Bruce Redman (Michigan), Joel Schwartz (New Jersey), Kevin Trebbe (Arizona), and Donya Zimmerman (Maryland). |