**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,

Defendants.

Case No. 3:14-cv-00513

# PLAINTIFF'S THIRD AMENDED EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

In accordance with instructions from the Court during the April 20, 2017 pretrial conference, and Plaintiff's, the Consumer Financial Protection Bureau ("the Bureau"), continuing efforts to streamline its trial exhibit list, the Bureau respectfully submits to the Court its Third Amended Exhibit List. This list supersedes Plaintiff's exhibit lists filed on April 17, 2017 (ECF No. 327), March 10, 2017 (ECF No. 301), and February 7, 2017 (ECF No. 250). In continuing with its efforts to streamline the list, the Bureau has now also removed the following exhibits: 5-9, 35, 59, 168, 172-173, 207-214, 217, 281, 320, 324-328, 331-333, 337-340, 344-346, 355, 393-397, 407, and 430-434.

The Bureau notes that it had previously deleted 15 exhibits from its Amended Exhibit List (ECF No. 301) that were duplicative of other exhibits. These deletions were reflected in Plaintiff's Second Amended Exhibit List (ECF No. 327). Since the duplicates were already deleted from that earlier list, Defendants' objections to Plaintiff's Exhibit Nos. 4, 21, 22, 43, 53, 66, 118, 162, and 242, which they addressed with the Court during pretrial were moot. The Bureau has noted those objections in bold in the list below.

Finally, the Defendants object to a number of exhibits as "improper group exhibits." But Defendants offer no alternative for how these exhibits should be divided, despite most of the materials being their own documents and consisting of consecutive bates numbers. If the Defendants wish to maintain the improper group exhibit objections to their own documents, the Bureau requests they provide a proposal for splitting them up into their purported discrete parts. Otherwise the Bureau requests that the Court overrule these objections.

The Bureau will also be providing the Court with an updated disk containing only the exhibits on its Third Amended Exhibit List.

Dated: April 21, 2017

Respectfully submitted,

Consumer Financial Protection Bureau

Anthony Alexis (DC Bar #384545)
*Enforcement Director*

David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*

Cynthia Gooen Lesser (NY Bar #2578045)
*Assistant Deputy Enforcement Director*

*/s/ Shirley Chiu*

Seth B. Popkin, DC Bar #417365
Seth.Popkin@cfpb.gov
202-435-9496
Shirley Chiu, IL Bar #6296079
Shirley.Chiu@cfpb.gov
202-435-7592
Mary K. Warren, NY Bar #2557684
Mary.Warren@cfpb.gov
202-435-7815
David Dudley, WI Bar # 1062812
202-435-9284
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

| Date | Identification | | Description | Bates Numbers | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|---|
| | No. | Witness | | | |
| | 1 | | Corporate filing of The Mortgage Law Group ("TMLG"), previously marked as SJ Ex. 1 | CFPB-TMLG-0088046-88048 | |
| | 2 | | Corporate filing of Consumer First Legal Group ("CFLG"), previously marked as SJ Ex. 2 | CFPB-TMLG-0088049-88051 | |
| | 4 | | TMLG Retainer Agreement, previously marked as SJ Ex. 4, Aleman Deposition Ex. 5 | CFPB-TMLG-0037257- 37276 | **C (Duplicate of PE 68)** |
| | 12 | | Amendment to Strategic Alliance Agreement between TMLG and Attorney Processing Solutions (APS), previously marked as SJ Ex. 13 | TMLG.MO.LIT.000 60-78 | |
| | 13 | | Strategic Alliance Agreement between TMLG and Client Attorney Processing Services, LLC (CAPS), previously marked as SJ Ex. 14 | TMLG.MO.LIT.000 79-94 | |
| | 14 | | Strategic Alliance Agreement between TMLG and Underwater Property Solutions, LLC (UPS), previously marked as SJ Ex. 15 | TMLG.MO.LIT.000 95-109 | |
| | 15 | | TMLG Operating Agreement, previously marked as Harrington Deposition Ex. 10, Powell Deposition Ex. Q, SJ Ex. 16, Gustafson Deposition Ex. 10, Reiff Deposition Ex. 15, Daines Deposition Ex. 15, Fears Deposition Ex. 12, Rammell Deposition Ex. 19, Murdock Deposition Ex. 14 | CFPB-TMLG-0052857- 52881 | R (draft) |
| | 16 | | Retainer Agreement between CFLG and Consumer G. Holloway, previously Aleman CFLG 30(b)(6) Deposition Ex. 9, Stafford CFLG 30(b)(6) Deposition Ex. 2, SJ Ex. 17 | DEF.000188- 201 | |

| | | | | | |
|---|---|---|---|---|---|
| | 19 | | Blank consumer contract with Meracord, previously SJ Ex. 20 | CFPB-TMLG-0036969- 36972 | R, WOT (Not relevant under April 21, 2016 Order, dkt. 187, p. 5-9) |
| | 20 | | CFLG Welcome Letter and Packet, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 8, Gerst Deposition Ex. 7, Stafford 30(b)(6) Deposition Ex. 4, Powell Deposition Ex. X, SJ Ex. 21, Daines Deposition Ex. 20, Fears Deposition Ex. 16, Scheer Deposition Ex. 6 | CFPB-TMLG-0029753-29765 | |
| | 21 | | TMLG's Instructions to Local Attorneys Regarding Review of Consumer Files for Intake, previously marked as SJ Ex. 22, Harrington Deposition Ex. 4, Ruggiero Deposition Ex. 7, Gustafson Deposition Ex. 6 | CFPB-TMLG-0033290- 33291 | **C (Duplicate of PE 76 and 159)** |
| | 22 | | E-mail from Colin Banyon to Local Attorney dated June 12, 2012, "Intake Reviews for Loan Modifications," previously marked as Harrington Deposition Ex. 14, SJ Ex. 23 | CFPB-TMLG-0061124- 61125 | **I, C (Substantial duplicate of PE 54, 102 and 352)** |
| | 23 | | E-mail from Belinda Moran to Jacqueline Delgado dated September 24, 2012, "Fw: Update from Consumer First Legal Group," previously marked as Delgado Deposition Ex. 10, Banyon Deposition Ex. 8, SJ Ex. 24 | CFPB-TMLG-0004704-4705 | |
| | 24 | | E-mail from Colin Banyon to Jacqueline Delgado dated May 15, 2012, "FL Loan Mod and Foreclosure Cases," previously marked as Delgado Deposition Ex. 5, SJ Ex. 25 | CFPB-TMLG-0004652-4653 | |
| | 25 | | Agreement between TMLG and Noteworld, previously SJ Ex. 26 | CFPB-TMLG-0036931- 36936 | R, WOT (Not relevant under April 21, 2016 Order, dkt. 187, p. 5-9) |

| | | | | | |
|---|---|---|---|---|---|
| | 26 | | Agreement between CFLG and Meracord, previously Aleman CFLG 30(b)(6) Deposition Ex. 12, Lanham Deposition Ex. 8, SJ Ex. 27 | CFPB-TMLG-0028792- 28808 | R, WOT (Not relevant under April 21, 2016 Order, dkt. 187, p. 5-9) |
| | 27 | | TMLG Welcome Letter January 19, 2012, previously marked as SJ Ex. 28 | CFPB-TMLG-0030387-30389 | |
| | 28 | | Thomas Macey's Answers and Objections to Plaintiff's First Set of Interrogatories, previously marked as Macey Deposition Ex. 3, SJ Ex. 29 | CFPB-TMLG-0038155-38168 | |
| | 29 | | TMLG Recorded Verification Scripts and Salesperson Scripts, previously marked as SJ Ex. 30 | CFPB-TMLG-0052343- 52386 | R, IGE |
| | 30 | | Harold Stafford's Answers and Objections to Plaintiff's First Set of Interrogatories, previously SJ Ex. 31 | CFPB-TMLG-0038182-38190 | |
| | 31 | | Jeffrey Aleman's Answers and Objections to Plaintiff's First Set of Interrogatories, also previously Aleman Deposition Ex. 1, SJ Ex. 32 | CFPB-TMLG-0038129-38142 | |
| | 32 | | Scripts for Salespeople, previously marked as Murphy Deposition Ex. 6, Anderson Deposition Ex. 4, SJ Ex. 33 | TMLG.MO.LIT.000 150-178 | R, C (This is entirely contained in PE 34) |
| | 34 | | Salespeople Scripts and Instructions to Local Attorneys, includes previously marked Sibert Deposition Ex. 13, Prince Deposition Ex. 4, SJ Ex. 35 | TMLG.MO.LIT.000 148-180 | R, C (All but four pages are a duplicate of PE 32) |
| | 36 | | TMLG Bankruptcy Petition, previously marked as SJ Ex. 37 | CFPB-TMLG-0088052-88089 | R |
| | 37 | | Jason Searns's Answers and Objections to Plaintiff's First Set of Interrogatories, previously SJ Ex. 38 | CFPB-TMLG-0038169-38181 | |

| | | | | | |
|---|---|---|---|---|---|
| | 38 | | TMLG Partnership Agreement, previously marked as Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment ("Opp.") Ex. 1, Fears Deposition Ex. 13, Reiff Deposition Ex. 16, Daines Deposition Ex. 16, Trebbe Deposition Ex. 20, Rammell Deposition Ex. 18, Murdock Deposition Ex. 15 | CFPB-TMLG-0037078- 37109 | |
| | 39 | | Complaint filed by Arizona AG against TMLG, previously Opp. Ex. 2 | CFPB-TMLG-0029823- 29834 | H, R, WOT |
| | 40 | | Complaint filed by Indiana AG against TMLG, previously Opp. Ex. 3 | CFPB-TMLG-0029907- 29925 | H, R, WOT |
| | 42 | | TMLG Letter to the Oregon AG, previously marked as Opp. Ex. 4 | CFPB-TMLG-0036092- 36095 | R, WOT |
| | 43 | | E-mail from Thomas Macey dated July 10, 2012, "RE: AZ v. TMLG 25954.0081", previously Opp. Ex. 5 | CFPB-TMLG-0053362- 53382 | R, IGE, **C** (Not relevant under Nov. 23, 2016 Order, dkt. 214, p. 8-11)<br><br>**(Duplicate of PE 359)** |
| | 44 | | E-mail from Thomas Macey dated June 28, 2012 at 11:46pm, "RE: AZ v. TMLG 25954.0081," previously marked as Opp. Ex. 6 | DEF.9854- 9867 | R, IGE (Not relevant under Nov. 23, 2016 Order, dkt. 214, p. 8-11) |
| | 45 | | E-mail from Thomas Macey dated June 28, 2012 at 11:48pm, "RE: AZ v. TMLG 25954.0081," previously marked as Opp. Ex. 7 | DEF.9840- 9853 | R, IGE (Not relevant under Nov. 23, 2016 Order, dkt. 214, p. 8-11) |
| | 46 | | E-mail from Thomas Macey dated June 28, 2012 at 1:57pm, "RE: AZ v. TMLG 25954.0081," previously marked as Opp. Ex. 8 | DEF.9969- 9978 | R, IGE (Not relevant under Nov. 23, 2016 Order, dkt. 214, p. 8-11) |
| | 47 | | E-mail from Thomas Macey dated June 28, 2012 at 5:23am, "RE: AZ v. TMLG 25954.0081," previously marked as Opp. Ex. 9 | DEF.10010-10018 | R, IGE (Not relevant under Nov. 23, 2016 Order, dkt. 214, p. 8-11) |

| | | | | | |
|---|---|---|---|---|---|
| | 48 | | E-mail from Jason Searns dated September 17, 2012 at 10:49pm, "TMLG Lawsuit by Connecticut," previously marked as Opp. Ex. 10 | DEF.0003588-3592 | H, R, IGE |
| | 49 | | E-mail from Thomas Macey dated June 28, 2012 at 3:49pm, "RE: AZ v. TMLG 25954.0081," previously marked as Opp. Ex. 11 | DEF. 0009868 -9880 | R, IGE (Not relevant under Nov. 23, 2016 Order, dkt. 214, p. 8-11) |
| | 50 | | E-mail from Thomas Macey dated April 27, 2012, "Re: non profit leads," previously marked as Opp. Ex. 12 | DEF.0003897-3898 | R, H |
| | 51 | | E-mail from Thomas Macey dated January 24, 2012, "Re: foreclosure defense," previously Opp. Ex. 13 | DEF.0006020-6024 | R, H |
| | 53 | | TMLG Welcome Letter and Packet, previously marked as Delgado Deposition Ex. 12, Aleman Deposition Ex. 3, Searns Deposition Ex. 5, Harrington Deposition Ex. 5, Ruggiero Deposition Ex. 9 | DEF.000605-627 | **C (Duplicate of PE 65 and 116)** |
| | 56 | | Letter from the Florida Bar to Jacqueline Delgado dated August 28, 2012, previously marked as Delgado Deposition Ex. 8 | CFPB-TMLG-0004725-4728 | H, R |
| | 58 | | E-mail from Jacqueline Delgado to Colin Banyon dated September 11, 2012, "Resignation," previously marked as Delgado Deposition Ex. 11 | CFPB-TMLG-0004702-4703 | |
| | 60 | | E-mail from Kelly Sibert to Tim Daniel, Dec. 12, 2011, previously marked as Sibert Deposition Ex. 14. | CFPB-TMLG-0066405-66497 | |

| | | | | | |
|---|---|---|---|---|---|
| | 62 | | Jennings Consumer Complaint File, previously marked as Banyon Deposition Ex. 5, Aleman CFLG 30(b)(6) Deposition Ex. 10, Harrington Deposition Ex. 18, Powell Deposition Ex. V | CFPB-TMLG-0029668-29723 | H, R, IGE |
| | 66 | | Retainer Agreement between CFLG and Consumer F. Halwani, previously marked Ruggiero Deposition Ex. 10 | CFPB-TMLG-0029055-29068 | **C (Duplicate of PE 193)** |
| | 67 | | TMLG Bank Accounts, previously marked Aleman Deposition Ex. 4 | DEF.0001207 | R |
| | 69 | | TMLG CAPS – Control Group, previously marked as Aleman Deposition Ex. 8 | DEF.0001215-1216 | R (Not relevant under April 21, 2016 Order, dkt. 187, p. 5-9) |
| | 70 | | File Review Instructions, previously marked as Aleman Deposition Ex. 10, Harrington Deposition Ex. 7 | TMLG.MO.LIT.000179-180 | |
| | 71 | | TMLG Bank Statement (Chase account ending in 3833), May 1, 2012 through May 31, 2012, previously marked as Aleman Deposition Ex. 12 | CFPB-TMLG-0014892-14903 | R (Not relevant under April 21, 2016 Order, dkt. 187, p. 5-9) |
| | 72 | | TMLG Training Presentation, previously marked as Searns Deposition Ex. 3 | KS.0009-13 | R |
| | 73 | | Fronter Script, previously marked as Searns Deposition Ex. 4, previously marked as Anderson Deposition Ex. 5 | KS.00058-61 | R, WOT |
| | 74 | | CFLG's Answers and Objections to Plaintiff's First Set of Interrogatories, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 11 | CFPB-TMLG-0038143-38154 | |
| | 75 | | CFLG Website, includes previously marked Aleman CFLG 30(b)(6) Deposition Exhibits 15 and 16 | CFPB-TMLG-0068327-68393 | R, WOT |
| | 77 | | TMLG Authorization Form – G. Bungert, previously marked as Gerst Deposition Ex. 4 | CFPB-TMLG-0029373 | |

| | | | | | |
|---|---|---|---|---|---|
| | 78 | | CFLG Third Party Authorization Form, previously marked as Gerst Deposition Ex. 8 | DEF.0008524 | |
| | 80 | | Check from Credit Advocates Law Firm, LLC to David Prince, previously marked as Prince Deposition Ex. 3 | CFPB-TMLG-0016808 | R, WOT |
| | 81 | | E-mail from Kelly Sibert dated October 5, 2011, "TMLG New Pricing Structure Retainer," previously marked as Prince Deposition Ex. 5 | DEF.0006401-6402 | R |
| | 82 | | E-mail from David Prince dated October 10, 2011, "Re: TMLG/ LHDR PPC Advertising," previously marked as Prince Deposition Ex. 6 | DEF.0004764-4765 | R |
| | 83 | | E-mail from Jeffrey Aleman dated November 2, 2011, "Re: Loan Modifications in CA," previously marked as Prince Deposition Ex. 7 | DEF.0006758-6759 | R |
| | 84 | | E-mail from Jason Searns dated June 5, 2012, "Fwd: Mini mod Retainer Fee Schedule," previously marked as Prince Deposition Ex. 9 | DEF.0005491-5497 | R |
| | 85 | | Notice of Representation, previously marked as Prince Deposition Ex. 10 | CFPB-TMLG-0087917-87940 | |
| | 86 | | E-mail from William Murphy dated February 28, 2012, "FWD: training materials PRE KELLY APPROVAL, previously marked as Murphy Deposition Ex. 7 | CFPB-TMLG-0061021-61044 | R, C |
| | 87 | | E-mail from William Murphy dated December 16, 2011, "Things to work on for Compliance," previously marked as Murphy Deposition Ex. 9 | CFPB-TMLG-0061045-61077 | R |
| | 88 | | E-mail from William Murphy dated March 7, 2012, "Latest Draft in Training Presentation," previously marked as Murphy Deposition Ex. 10 | CFPB-TMLG-0060954-61011 | R |
| | 89 | | Victor Anderson's diagram of TMLG sales floor, previously marked as Anderson Deposition Ex. 3 | CFPB-TMLG-0087941 | R |

| | | | | | |
|---|---|---|---|---|---|
| | 90 | | Letter from Harold Stafford to Wisconsin Bureau of Consumer Protection dated May 17, 2013 regarding Consumer F. Halwani, previously marked as Ruggiero Deposition Ex. 14 | CFPB-TMLG-0029050-29053 | |
| | 91 | | Mortgage Law Group Intake 2012 (Notes from Grey Powell), previously marked as Powell Deposition Ex. F | CFPB-TMLG-0061657-61664 | |
| | 92 | | Mortgage Law Group Submission 2012 (Notes from Grey Powell), previously marked as Powell Deposition Ex. G | CFPB-TMLG-0061665-61667 | |
| | 93 | | Letter to Grey Powell of submission reviews and intake reviews, previously marked as Powell Deposition Ex. H | CFPB-TMLG-0061599-61600 | |
| | 94 | | Letter to Grey Powell with intakes and submissions, previously marked as Powell Deposition Ex. I | CFPB-TMLG-0061639 | |
| | 95 | | CFLG – 2012 Intakes, previously marked as Powell Deposition Ex. J | CFPB-TMLG-0061208 | |
| | 96 | | E-mail from Kelly Sibert dated April 19, 2012, "Fwd: Signature and Approval Request," previously marked as Powell Deposition Ex. S | CFPB-TMLG-0061223-61224 | |
| | 97 | | E-mail from Kelly Sibert dated March 7, 2012, "Re: Fwd: Local Intake Instructions and Sample Notification," Powell Deposition Ex. T | CFPB-TMLG-0061684-61687 | |
| | 98 | | E-mails from TMLG to Grey Powell dated March 23, March 7, April 4, and April 25 of 2012, previously marked as Powell Deposition Ex. Y | CFPB-TMLG-0061257, CFPB-TMLG-0061268, CFPB-TMLG-0061340, CFPB-TMLG-0061259, CFPB-TMLG-0061300, CFPB-TMLG-0061357, CFPB-TMLG-0061346 | |

| | | | | | |
|---|---|---|---|---|---|
| | 100 | | Gustafson Form 1099-Misc Year 2013, previously marked as Gustafson Ex. 3 | RG0001 | |
| | 101 | | Affidavit of Richard Gustafson filed by Defendants, ECF 147, Gustafson Ex. 11. | CFPB-TMLG-0088101-88102 | H |
| | 113 | | Rex Daines's Response to Requests for Production, previously marked as Daines Deposition Ex. 2 | CFPB-TMLG-0087008-10 | R, H |
| | 118 | | Class B Agreement between Christopher Bryan Fears and Consumer First Legal Group (CFLG), previously Fears Deposition Ex. 3 | CBF001-28 | **C (Duplicate of PE 307)** |
| | 119 | | Affidavit of Christopher Bryan Fears marked by Defendants, ECF 173, Fears Deposition Ex. 17 | CFPB-TMLG-0088103-88104 | H |
| | 128 | | Check from TMLG, LLC to K. Trebbe, previously marked as Trebbe Deposition Ex. 17 | CFPB-TMLG-0014692 | R |
| | 129 | | TMLG Operating Agreement dated Nov. 9, 2011, previously marked as Trebbe Deposition Ex. 18 | CFPB-TMLG-0087239-87273 | R |
| | 130 | | TMLG Operating Agreement dated Dec. 13, 2011, previously marked as Trebbe Deposition Ex. 19 | CFPB-TMLG-0087484-87508 | R |
| | 133 | | E-mail from Paul Hull to Kevin Trebbe dated 10/30/2011 | CFPB-TMLG-0087350-87352 | |
| | 140 | | Email from K. Sibert to J. Rammell dated Jul. 29, 2011, "Loan Mod Client…" previously marked Rammell Deposition Ex. 8 | JR00036-40 | |
| | 145 | | Check from TMLG, LLC to J. Rammell, previously marked as Rammell Deposition Ex. 14 | CFPB-TMLG-14717 | R |
| | 147 | | 2011 Tax Return of Justin Rammell, previously marked as Rammell Deposition Ex. 20 | CFPB-TMLG-0001933-22705 | R |

| | | | | | |
|---|---|---|---|---|---|
| | 148 | | Class B Member Addendum, previously marked as Murdock Deposition Ex. 4 | CFPB-TMLG-0088224-88232 | R |
| | 151 | | Email from K. Sibert to P. Murdock dated Feb. 29, 2012, "Re: TMLG Loan Mod Addendum" previously marked Murdock Deposition Ex. 10 | CFPB-TMLG-0088141-88146 | |
| | 155 | | Chase Bank Records for CFLG, previously marked Stafford CFLG 30(b)(6) Ex. 6 | CFPB-TMLG-0087983-88038 | R (Not relevant under April 21, 2016 Order, dkt. 187, p. 5-9) |
| | 156 | | Letter from VA Bureau of Financial Institutions dated 11/15/2013, previously marked as Stafford CFLG 30(b)(6) Ex. 8 | CFPB-TMLG-0029667-29749 | H, R, IGE |
| | 157 | | TMLG North Profit & Loss 2012, previously marked as Kesterson Deposition Exhibit 17 | CFPB-TMLG-0052773 | |
| | 158 | | E-mail from Allison Lanham dated March 30, 2012, previously marked as Lanham Deposition Exhibit 7 | DEF.0005303-5309 | H, R (not relevant under April 21 and July 20, 2016 Orders (Dkt. 187, p. 5-9; 191 at p. 47-50) |
| | 160 | | Loan Mod Submission Review Instructions, previously marked as Sibert Deposition Ex. 12, Aleman Deposition Ex. 9, Harrington Deposition Ex. 6, Powell Deposition Ex. L, Gustafson Deposition Ex. 8 | TMLG.MO.LIT.000148-149 | |
| | 162 | | Submission Package Review Instructions, previously marked as Ruggiero Deposition Ex. 4 | CFPB-TMLG-0052832-52834 | **C (Duplicate of PE 105, 163 and 164)** |
| | 165 | | Loan Modification Review Checklist | CFPB-TMLG-0066392 | A |
| | 166 | | Local Attorney Review Instructions for TMLG | CFPB-TMLG-0067590 | A |

| | | | | | |
|---|---|---|---|---|---|
| | 167 | | Loan Modification Review Instructions | CFPB-TMLG-0066393-66395 | A |
| | 169 | | Blank Retainer Agreement between TMLG and consumer, previously marked as Powell Deposition Ex. R | CFPB-TMLG-0061225-61238 | C |
| | 170 | | TMLG Retainer Template 1 | DEF.0003839-3847 | C, A |
| | 171 | | TMLG Retainer Template 2 | DEF.0003750-3764 | C, A |
| | 175 | | Declaration of Daniel Teynor | CFPB-TMLG-0067875- 67878 | H, R |
| | 176 | | Declaration of Fadi Halwani | CFPB-TMLG-0059729- 59731 | H, R |
| | 177 | | Declaration of Tim Ledbetter | CFPB-TMLG-0059732- 59735 | H, R |
| | 178 | | Declaration of Floy Johnson | CFPB-TMLG-0067879- 67881 | H, R |
| | 179 | | Declaration of George Halpin | CFPB-TMLG-0059744- 59746 | H, R |
| | 180 | | Declaration of Linda White | CFPB-TMLG-0067882- 67888 | H, R |
| | 181 | | Declaration of Mark Pultz | CFPB-TMLG-0067889- 67892 | H, R |
| | 182 | | Declaration of Montez Saunders | CFPB-TMLG-0067893- 67896 | H, R |

| | | | | | |
|---|---|---|---|---|---|
| | 183 | | Declaration of Veronica Bruce | CFPB-TMLG-0067897- 67900 | H. R |
| | 184 | | Declaration of Brett Peterson | CFPB-TMLG-0059721-59724 | H, R |
| | 185 | | K. and M. Pultz Complaint to the Wisconsin Department of Financial Institutions | CFPB-TMLG-0059801-59802 | H, R, A |
| | 186 | | M. Pultz Certification & Authorization Form for Dorothy K. Dean, Milwaukee Fair Housing Council | CFPB-TMLG-0059812-59813 | H, R, A |
| | 187 | | M. Pultz Loan Modification Scam Prevention Network, Basic Complaint Form | CFPB-TMLG-0059814-59815 | H, R, A |
| | 188 | | M. Pultz bank statements | CFPB-TMLG-0059817-59842 | H, R, A |
| | 189 | | M. Pultz consumer documents, including signature page of retainer agreement with TMLG, TMLG welcome letter, letter to TMLG terminating services and requesting refund, and request to stop ACH payments | CFPB-TMLG-0059928-59936 | No objection to first 4 pages; H, R, A, IGE with respect to rest |
| | 190 | | M. Pultz hardship letter and court order | CFPB-TMLG-0059939-59941 | H, R, A |
| | 194 | | CFLG written response to New York Attorney General complaint regarding F. Halwani, and Halwani's consumer file with CFLG | CFPB-TMLG-0060379-60406 | No objection to first 8 pages;<br><br>H, R, A, IGE with respect to rest |
| | 195 | | Letter from the Wisconsin Department of Justice to Attorney Harold Stafford dated 8/14/2013, "Re: Halwani complaint" | DEF.0008220 | |
| | 198 | | CFLG written response to Better Business Bureau regarding F. Halwani | DEF.0008221-8223 | |
| | 199 | | Letter from CFLG to F. Halwani dated April 3, 2013 ceasing representation | DEF.0008224 | |

| | | | | | |
|---|---|---|---|---|---|
| | 201 | | Fadi Halwani – Complaint file from state of Wisconsin | CFPB-TMLG-0029039-311 | H, R, A, IGE |
| | 202 | | George Halpin – e-mails and complaint to Florida AG | DEF.0008225-68 | H, R, A, IGE |
| | 205 | | Brett Peterson - Consumer First Legal Group, Third Party Authorization Form | DEF.0009340-9491 | |
| | 206 | | Brett Peterson Audio File | DEF.0008673 | |
| | 215 | | Retainer Agreement between CFLG and T. Ledbetter | DEF.0008487-8502 | |
| | 216 | | Tim Ledbetter Audio File | DEF.0008503 | |
| | 219 | | Tim Ledbetter - court documents and HAMP application | DEF.0008399-8486 | C (Duplicate of PE 217) |
| | 222 | | Heavily Redacted Spreadsheet from Defendants with M. Saunders's information | DEF.011553 | |
| | 224 | | Montez Saunders – TMLG File | DEF.00012072-12533 | |
| | 226 | | Consumer Services Case Report of M. Saunders, Sr. | CFPB-TMLG-0050896-901 | H, R, A, IGE |
| | 230 | | Anthony Richardson - Retainer | NDS0918-0931 | |
| | 232 | | Anthony Richardson - Submission | NDS0932-01063 | |
| | 235 | | Anthony D. Rizzio - Submission | NDS01213-1264 | |
| | 236 | | Dan Edwards - Retainer | NDS01356-01375 | |
| | 238 | | Dan Edwards - Submission | NDS01406-01490 | |
| | 239 | | Deloris Dallas - Retainer | NDS01574-1584 | |
| | 242 | | Deloris Dallas - Submission | NDS01585-01689 | **C (Duplicate of PE 241)** |

| | | | | | |
|---|---|---|---|---|---|
| | 243 | | Joshua Jepsen - Retainer | NDS01773-01792 | |
| | 245 | | Joshua Jepsen - Submission | NDS01794-01858 | |
| | 251 | | Marcella Andrade - Modification Agreement | NDS02049 | |
| | 252 | | Martin Smith - Retainer | NDS02115-02140 | |
| | 254 | | Martin Smith - Submission | NDS02156-02199 | |
| | 256 | | Paul Price - Retainer Agreement | NDS02301-02314 | |
| | 258 | | Paul Price - Submission | NDS02415-02443 | |
| | 259 | | Paul Price - Correspondence | NDS02444-002449 | I |
| | 260 | | Sarah D'Alfonso fka Bylek - Retainer Agreement | NDS02473-02484 | |
| | 262 | | Sarah D'Alfsonso fka Bylek - Submission | NDS02574-02706 | |
| | 263 | | Walter Stewart - Retainer Agreement | NDS02751-02761 | |
| | 264 | | Walter Stewart - Client Notes | NDS02830- 02881 | |
| | 266 | | Scripts - Rebuttals | DEF.10301-303 | R (Not relevant under July 20, 2016 Order, dkt. 191 at p. 51-53) |
| | 267 | | Scripts - Setting Appointments and Breaking Preoccupation | DEF.10304-308 | R (Not relevant under July 20, 2016 Order, dkt. 191 at 51-53) |
| | 268 | | TMLG Training Presentation | DEF.0004431-4435 | R (Not relevant under July 20, 2016 Order, dkt. 191 at 51-53) |
| | 269 | | TMLG Marketing Script | DEF.0004423 | R (Not relevant under July 20, 2016 Order, dkt. 191 at 51-53) |
| | 270 | | Script for speaking with consumer | DEF.0005109-5111 | R (Not relevant under July 20, 2016 Order, dkt. 191 at 51-53) |

| | | | | | |
|---|---|---|---|---|---|
| | 271 | | TMLG online information form | KS.0003-8 | R (Not relevant under July 20, 2016 Order, dkt. 191 at 51-53) |
| | 276 | | Spreadsheet of CFLG local attorneys before July 2012 | DEF.0008270 | |
| | 277 | | Harold Stafford – CFLG retainer | DEF.0008675-88 | |
| | 279 | | Harold Stafford – Loan Modification Qualification Checklist | DEF.0008707-8 | |
| | 280 | | Harold Stafford - Guidelines | DEF.0008709-710 | |
| | 282 | | Harold Stafford e-mail and CFLG correspondence to consumers | DEF.0008778-97 | R/C/IGE |
| | 283 | | Harold Stafford – List of Local Attorneys | DEF.0008798-800 | R |
| | 284 | | Harold Stafford – March 26, 2013 Email | DEF.0008801 | R |
| | 285 | | Harold Stafford – Redemption Agreement | DEF.0008802-5 | |
| | 286 | | Harold Stafford – CFLG agreement with CDA | DEF.0008806-9 | |
| | 287 | | Agreement between CFLG and Consumers H. and B. Jennings | CFPB-TMLG-0029819- 29822 | |
| | 288 | | Agreement Template for CFLG and Consumers | CFPB-TMLG-0029660- 29666 | C |
| | 291 | | Class B Member Agreement between TMLG and Edith Gray, previously marked as Aleman Deposition Ex. 11, Harrington Deposition Ex. 11 | CFPB-TMLG-0052841-52848 | |
| | 292 | | Class B Agreement between TMLG and Grey Powell, previously marked as Powell Ex. P | CFPB-TMLG-0087975-87982 | |
| | 293 | | Class B Agreement between TMLG and Tim Daniel, previously marked as Ruggiero Deposition Ex. 12 | CFPB-TMLG-0066509-66516 | |
| | 304 | | Template CFLG Class B Member Agreement, previously marked as Harrington Deposition Ex. 17, Powell Deposition Ex. U | CFPB-TMLG-0053127-53136 | C |

| | | | | | |
|---|---|---|---|---|---|
| | 309 | | Class B Member Addendum- Daniel Ruggiero | CFPB-TMLG-0067422-67431 | |
| | 311 | | Former Employee Lists | DEF.000130-135 | |
| | 316 | | Noteworld Terms and Conditions | DEF.000689-694 | R (Not relevant under April 21 and July 20, 2016 Orders, dkt.187 at p. 5-9, dkt. 191 at 51-53) |
| | 317 | | Noteworld Fee Agreement | DEF.000688 | R (Not relevant under April 21 and July 20, 2016 Orders, dkt.187 at p. 5-9, dkt. 191 at 51-53) |
| | 318 | | IL ARDC Inquiry Joint Answer from Thomas G. Macey and Jeffrey J. Aleman (in response to the 2014 complaint) | DEF.0002939-2956 | |
| | 319 | | Certified Report and Recommendation of IL ARDC re: Macey and Aleman, December 10, 2014 | CFPB-TMLG-0087551-605 | R |
| | 321 | | Letter from Wisconsin AG to CFLG dated August 14, 2013 | DEF.000380-388 | |
| | 322 | | Letter from TMLG to Oregon AG dated August 24, 2012 | CFPB-TMLG-0030043- 30072 | R, IGE |
| | 329 | | Legal Helpers Debt Resolution Final Judgment and Consent Order with State of Illinois | CFPB-TMLG-0029892- 29896 | R |
| | 330 | | New Mexico AG's Settlement with Legal Helpers Debt Resolution | CFPB-TMLG-0030025- 30030 | R |
| | 335 | | Employee List | DEF.000522-528 | |
| | 336 | | Vendor List | DEF.000750 | R |
| | 341 | | TMLG Responses to Plaintiff's First Set of Interrogatories, State of Missouri v. TMLG | CFPB-TMLG-0036838- 36847 | R |

| | | | | | |
|---|---|---|---|---|---|
| | 342 | | Limited Liability Partnership Agreement of TMLG Ex. A | TMLG.MO.LIT.0 00 206-216 | IGE (first page is from another document; this is a Class B agreement) |
| | 343 | | Jeffrey Aleman's Objections and Responses to Plaintiff's First Set of Interrogatories, State of Missouri | CFPB-TMLG-0037305- 37316 | R |
| | 347 | | Jason Searns' Answer to Missouri AG's Interrogatories | CFPB-TMLG-0037983- 37994 | R |
| | 348 | | Letter from Edith Gray to Virginia State Bar dated December 26, 2013 | CFPB-TMLG-0053009-53015 | H, R, A |
| | 349 | | List of Consumers who complained against TMLG to Missouri AG's Office | CFPB-TMLG-0038070 | H, R. A |
| | 350 | | Letter from Virginia State Bar to Gray dated June 2, 2014 | CFPB-TMLG-0052995 | H, R, A |
| | 351 | | Letter from Virginia State Bar to Gray dated November 20, 2013 | CFPB-TMLG-0053016- 53017 | H, R, A |
| | 353 | | E-mail from Christopher Meier dated November 13, 2013, RE: Illegal Loan Modification Activities | DEF.0003519-3528 | H, R |
| | 354 | | E-mail from Jason Searns dated June 28, 2012, Fwd: WA Response | DEF.0003529-3551 | R |
| | 356 | | E-mail from Jason Searns dated February 2, 2011, RE: FW: FW: Atty Cost | DEF.0003581-3587 | R |
| | 357 | | E-mail from Jason Searns dated August 20, 2012, Fwd: TMLG Oregon Case for DOJ | DEF.0003593-3598 | R |
| | 358 | | Letter from DOJ to TMLG dated July 27, 2012 | DEF.0003639-3642 | H, R |
| | 360 | | E-mail from Jason Searns dated June 5, 2012, TMLG South Retainer_for Limited Rep All Other States.doc | DEF.0003684-3686 | R |

| | | | | | |
|---|---|---|---|---|---|
| | 361 | | E-mail from Xffkconsulting dated June 20, 2012, Re: does this language work to put on a landing page ? | DEF.0003848-3850 | R, H |
| | 362 | | Templates of Auto-generated e-mails | DEF.0003894-3896 | C (Duplicate of PE 99) |
| | 363 | | E-mail from Adam Sthay dated April 13, 2012, RE: FW: Are You Facing Foreclosure? | DEF.0003952-3961 | R, H |
| | 364 | | The Mortgage Law Group Training Presentation Script | DEF.0004095-4098 | R |
| | 365 | | E-mail from Richard K. Gustafson dated March 11, 2012, Re: Disputes/Guarantee | DEF.0004125-4129 | R, H |
| | 366 | | E-mail from Jason Searns dated February 7, 2012, Fwd: [FWD: FW: We can talk about getting the campaign rolling] | DEF.0004150-4153 | R |
| | 367 | | E-mail from William Murphy dated February 7, 2012, RE: Ideas | DEF.0004240-4247 | R, H |
| | 368 | | E-mail from Jason Searns dated February 6, 2012, Re: FW: We can talk about getting the campaign rolling | DEF.0004328-4335 | R, H |
| | 369 | | E-mail chain from Kelly Sibert to Jason Searns and Jeffrey Aleman, dated July 15, 2011, “UPS/MAS Advertising Compliance” | DEF.0004971-4976 | R, H |
| | 370 | | E-mail chain from William Murphy to Jason Searns and others, dated Feb. 6, 2012, “We can talk about getting the campaign rolling” | DEF.0004308-4314 | R, H |
| | 371 | | E-mail from Jeffrey J. Aleman to Jason Searns dated 12/27/2015, “Re: Compliance Follow up from Bill Murphy” | DEF.0004380-4384 | R |
| | 372 | | E-mail from Steve Vanderhoof dated 10/17/2011, “Re: Attached Workflow Proposal” | DEF.0004415-4416 | R |
| | 373 | | E-mail from Jason Searns dated 10/31/11, “Re: Unbundled Loan Mod Services” | DEF.0004484-4497 | R, H |

| | | | | | |
|---|---|---|---|---|---|
| | 374 | | E-mail from Steve Vanderhoof dated 10/12/2011, "Re: On the Last Revised mail piece sent" | DEF.004735-4741 | R, H |
| | 375 | | E-mail from Aaron Cushman dated 10/11/2011, "Re: On The last Revised mail piece sent" | DEF.0004748-4753 | R, H |
| | 376 | | E-mail from Thomas Macey dated 10/11/2011, "Re: On the Last Revised mail piece sent" | DEF.0004759-4763 | R, H |
| | 377 | | E-mail from Jeffrey J. Aleman dated 10/6/2011, "Re: On the Last Revised mail piece sent" | DEF.0004771-4774 | R, H |
| | 378 | | E-mail from Thomas Macey dated 10/6/2011, "Re: On the Last Revised mail piece sent" | DEF.0004775-4777 | R, H |
| | 379 | | E-mail from Jason Searns dated 9/1/2011, "Re: Fwd-Mailer" | DEF.0004930-4933 | R |
| | 380 | | E-mail from Joe Comprone dated 4/7/2011, "Re: BBG Concerns" | DEF.0005112-5113 | R, H |
| | 381 | | E-mail from Jason Searns dated 3/1/2011, "Re: Loan Mods" | DEF.0005114-5124 | R |
| | 382 | | E-mail from Jason Searns dated 8/12/2011, "Re: TMLG Retainer" | DEF.0007116-7117 | R |
| | 383 | | E-mail from Kelly Sibert dated 6/9/2011, "Re: New RED States" | DEF.0007436-7447 | R, H |
| | 384 | | E-mail from Kelly Sibert dated 5/27/2011, "Re: Loan Mod Red States" | DEF.007557-7558 | |
| | 385 | | E-mail from Kelly Sibert dated 3/1/2011, "Re: Massachusetts?" | DEF.0007616-7619 | |
| | 386 | | E-mail from Jason Searns dated 2/14/2011, "Re: Massachusetts" | DEF.0007623-7627 | |
| | 387 | | E-mail from Kelly Sibert dated 4/30/2012, "Re: TMLG Lawsuit by Connecticut" | DEF.0005509-5512 | |
| | 388 | | E-mail from Williamm@themortgagelawgroup.com dated 12/30/2011, "Re: Urgent matter for Immediate Attention" | DEF.10119-123 | |
| | 389 | | E-mail from Kelly Sibert dated 12/10/2011, "Re: Sales Call" | DEF.10141-142 | R |

| | | | | | |
|---|---|---|---|---|---|
| | 390 | | E-mail from Jason Searns dated 4/6/2011, "Re: IL AG Strategy Notes" | DEF.10751-756 | R |
| | 391 | | E-mail from Kelly Sibert dated 3/8/2011, "Re: Local Attorney Compensation Increase (Loan Mod)" | DEF.11045-048 | R, H |
| | 392 | | E-mail from Thomas Macey dated 10/2/2012, "Re: TMLG" | DEF.11429-435 | R, H |
| | 398 | | E-mail from Kelly Sibert dated 1/4/12, "Re: Mortgage Law Group Managing Attorney" | CFPB-TMLG-0066498-66503 | C |
| | 399 | | E-mail from Kelly Sibert dated 12/2/12, "Re: Updates from TMLG" | CFPB-TMLG-0066517-66527 | C |
| | 400 | | Affidavit of A. Cooper from State of North Carolina | CFPB-TMLG-0030464-30499 | H, R, A, IGE |
| | 401 | | Affidavit of F. Prewitt from State of North Carolina | CFPB-TMLG-0030500-30505 | H, A |
| | 402 | | Questionnaire in reference to Mortgage Payment options "Correspondence & E-mails" | CFPB-TMLG-0051024-51070 | H, R, A |
| | 403 | | E-mail from William Harrington dated 5/22/2012, "Re: PA Loan Mod and Foreclosure Cases" | CFPB-TMLG-0061140-61141 | |
| | 404 | | Strategic Alliance Agreement dated 11/14/2011, between Accurate Processing Solutions, LLC and TMLG | KS.000190-206 | |
| | 405 | | Strategic Alliance Agreement dated 01/31/2011, between Accurate Processing Solutions, LLC and TMLG | KS.000207-221 | C (Duplicate of PE 408) |
| | 406 | | Strategic Alliance Agreement, redline of draft where LHDR is crossed out and replaced with TMLG | KS.000226-248 | R |
| | 408 | | Strategic Alliance Agreement between APS and TMLG dated 1/31/2011 | DEF.0007350-7364 | C (Duplicate of PE 405) |

| | | | | | |
|---|---|---|---|---|---|
| | 409 | | Letter from Greenspoon Marder (Christopher Meier) dated 11/30/2011 "Re: Response to WA RPD; describes local attorney's role" | KS.000254-256 | R |
| | 410 | | E-mail from Jeffrey Aleman dated 10/04/2011, "Re: What we are doing with pricing" | KS.000413-450 | R, IGE |
| | 411 | | TMLG advertisement | CFPB-TMLG-0068394 | R |
| | 412 | | TMLG advertisement | CFPB-TMLG-0068395 | R |
| | 413 | | Consumer First Legal Group, LLC's Amended Answer to Complaint | CFPB-TMLG-0087657-87686 | |
| | 414 | | Jeffrey Aleman's Amended Answer to Complaint | CFPB-TMLG-0087628-87656 | |
| | 415 | | Thomas Macey's Amended Answer to Complaint | CFPB-TMLG-0087687-87715 | |
| | 416 | | Jason Searns's Amended Answer to Complaint | CFPB-TMLG-0087716-87744 | |
| | 417 | | Harold Stafford's Amended Answer to Complaint | CFPB-TMLG-0087745-87774 | |
| | 418 | | Jeffrey Aleman's Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories | CFPB-TMLG-0087942-87947 | |
| | 419 | | Thomas Macey's Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories | CFPB-TMLG-0087960-87965 | |
| | 420 | | Harold Stafford's Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories | CFPB-TMLG-0087966-87974 | |
| | 421 | | CFLG's Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories | CFPB-TMLG-0087948-87959 | |

| | | | | | |
|---|---|---|---|---|---|
| | 422 | | CFLG's Answers and Objections to Plaintiff's First Set of Interrogatories | CFPB-TMLG-0087905-87916 | |
| | 423 | | Jeffrey Aleman's Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0087606-87610 | |
| | 424 | | Thomas Macey's Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0087615-87619 | |
| | 425 | | Jason Searns's Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0087620-87623 | |
| | 426 | | Harold Stafford's Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0087624-87627 | |
| | 427 | | Consumer First Legal Group's Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0087611-87614 | |
| | 428 | | Defendants' Supplemental Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0087775-87793 | |
| | 429 | | Defendants' Second Supplemental Rule 26(a)(1) Initial Disclosures | CFPB-TMLG-0088039-88045 | |
| | 436 | | Meracord records of TMLG consumers, previously marked as Exhibit D to Declaration of Ryan Thomas | CFPB-TMLG-0088091 | H, R (Not relevant under April 21 and July 20, 2016 Orders (Dkt. 187, p. 5-9; 191 at p. 47-50) |
| | 437 | | Meracord records of CFLG consumers, previously marked as Exhibit E to Declaration of Ryan Thomas | CFPB-TMLG-0088090 | H, R (Not relevant under April 21 and July 20, 2016 Orders (Dkt. 187, p. 5-9; 191 at p. 47-50) |

| | | | | | |
|---|---|---|---|---|---|
| | 438 | | Meracord Records Certification | CFPB-TMLG-0028815 | R |
| | 439 | | Second Declaration of Ryan Thomas (Docket Entry No. 243) | CFPB-TMLG-0088214-88223 | H, R |
| | 440 | | Summary chart of TMLG and CFLG Consumer complaints | CFPB-TMLG-0088237-88239 | H, R, A, IS |
| | 441 | | Summary chart of TMLG consumer accounts created prior to 1/20/2012 | CFPB-TMLG-0088092-88093 | A, IS, R |
| | 442 | | Declaration of Tammy A. Miller Pursuant to 28 U.S.C. § 1746, Arizona Attorney General, Consumer Litigation Division, dated July 28, 2016 | CFPB-TMLG-0087007-8 | R |
| | 443 | | Sworn Certification of Julia Harris, Assistant Bureau Chief, Florida Attorney General, dated March 31, 2016 | CFPB-TMLG-0087009 | R |
| | 444 | | Certification of Jennifer Williams, Indiana Attorney General, Consumer Protection Division, dated March 31, 2016 | CFPB-TMLG-0087010 | R |
| | 445 | | Declaration of Martha L. Quigley Pursuant to 28 U.S.C. § 1746, Iowa Attorney General, Consumer Protection Division, dated April 4, 2016 | CFPB-TMLG-0087012-13 | R |
| | 446 | | Declaration of Jedd Bellman Pursuant to 28 U.S.C. § 1746, Maryland Commissioner of Financial Regulation, dated May 2, 2016 | CFPB-TMLG-0087014-16 | R |
| | 447 | | New Mexico Attorney General Consumer Protection Division - Declaration of David C. Kramer Pursuant to 28 U.S.C. § 1746, dated May 17, 2016 | CFPB-TMLG-0087017-19 | R |
| | 448 | | Sworn Certification of Barbara L. Fillion, North Carolina Department of Justice, Consumer Protection Division, dated April 12, 2016 | CFPB-TMLG-0087020 | R |

| | | | | | |
|---|---|---|---|---|---|
| | 449 | | Declaration of Jonathan Blanton Pursuant to 28 U.S.C. § 1746, Ohio Attorney General Consumer Protection Section Regulation, dated April 18, 2016 | CFPB-TMLG-0087021-22 | R |
| | 450 | | Certificate of Fact (1) by Joel H. Peck, Clerk of Virginia State Corporation Commission, Virginia Bureau of Financial Institutions, dated April 12, 2016 | CFPB-TMLG-0087023-25 | R, H, IGE |
| | 451 | | Certificate of Fact (2) by Joel H. Peck, Clerk of Virginia State Corporation Commission, Virginia Bureau of Financial Institutions, dated April 12, 2016 | CFPB-TMLG-0087026 | R |
| | 452 | | Sworn Public Records Certificate from Wisconsin Department of Agriculture, Trade and Consumer Protection dated May 16, 2016 | CFPB-TMLG-0087027 | R |
| | 453 | | Sworn Public Records Certificate from Wisconsin Department of Financial Institutions dated June 30, 2016 | CFPB-TMLG-0087028 | R |

| **Abbreviation** | **Objection/basis** |
|---|---|
| R | Relevance – the designated exhibit is irrelevant to the remaining issues in this matter. Federal Rule of Evidence 401. |
| C | Cumulative – the probative value of the exhibit is outweighed by the fact that it is needlessly cumulative of other exhibits. Federal Rule of Evidence 403. |
| WOT | Waste of time – the probative value of the exhibit is outweighed by the fact that it will waste this Court's time, either by being cumulative or because it does not pertain to any of the remaining issues before this Court. Federal Rule of Evidence 403. |
| IGE | Improper Group Exhibit that combines numerous documents and is, therefore, needlessly confusing. Federal Rule of Evidence. 403. |
| IS | Improper Summary. Federal Rule of Evidence. 1006. |
| H | Inadmissible hearsay – the exhibit constitutes hearsay (or contains hearsay) and does not fall within an exclusion or exemption from the general rule barring hearsay. Federal Rule of Evidence 802; *see also* Federal Rules of Evidence 801, 803, 804. |
| I | Incomplete – the exhibit omits a relevant portion of the document. |
| A | Authenticity – No foundation has been laid to establish the exhibit's authenticity. Fed. R. Evid. 901. |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on April 21, 2017, via electronic mail, upon counsel of record in this action.

*/s/ Shirley Chiu*
Shirley Chiu