UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>         Plaintiff,<br>  v.<br><br>THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,<br>         Defendants. | Case No. 3:14-cv-00513 |

**STATEMENT IN FURTHER SUPPORT OF JOINT MOTION
FOR ENTRY OF A STIPULATED FINAL JUDGMENT AND ORDER**

  Ronald R. Peterson, as chapter 7 Trustee of The Mortgage Law Group, and Plaintiff, the Consumer Financial Protection Bureau (the "Bureau"), submit this statement in further support of their Joint Motion for Entry of a Stipulated Final Judgment and Order [ECF No. 305] ("Motion") (capitalized terms used herein have the same meaning as in the Motion):

  Should the Court enter the Stipulated Judgment, the Trustee represents that he will not file a contribution action against Thomas Macey, Jeffrey Aleman, or Jason Searns arising from or relating to the Stipulated Judgment and that he will not cause such an action to be filed. The Trustee makes this representation intending it to have binding effect. In addition, the Trustee has notified the Bankruptcy Court of his intention not to bring such an action.

  As there is no just reason for delay, the Bureau and the Trustee request that the Court grant the Motion and enter the Stipulated Judgment and Order.

1

Date: April 27, 2017

Respectfully submitted,

**Ronald R. Peterson, not individually but as Chapter 7 Trustee for the bankruptcy estate of The Mortgage Law Group, L.L.P.**

*/s/ Ronald R. Peterson*
Ronald R. Peterson
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: 312/923-2952
FAX: 312/840-7352

**Admitted Pro Hac Vice**

**AND**

Anthony Alexis (DC Bar #384545)
*Enforcement Director*

David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*

Cynthia Gooen Lesser (NY Bar #2578045)
*Assistant Deputy Enforcement Director*

*/s/ Mary K. Warren*
Mary K .Warren, NY Bar #2557684
Mary.Warren@cfpb.gov
202-435-7815
Seth B. Popkin, DC Bar #417365
Seth.Popkin@cfpb.gov
202-435-9496
Shirley Chiu, IL Bar #6296079
Shirley.Chiu@cfpb.gov
202-435-7592
David Dudley, WI Bar # 1062812
David.Dudley@cfpb.gov
202-435-9284
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on April 27, 2017 via the Court's CM/ECF system, which will automatically send email notification of the filing to all counsel of record in this action.

                                                           ____*/s/ Mary K. Warren*____
                                                            Mary K. Warren