Ct. Ex 1

Admitted Exhibits

| Exhibit # | Date Admitted | Comments |
|---|---|---|
| 4 | 20170424 | |
| 16 | 20170425 | |
| 20 | 20170425 | P13 L 11-12 |
| 32 | 20170424 | Except 000171 - 000178 |
| 78 | 20170425 | |
| 97 | 20170425 | P103 L 11-12 |
| 180(a) | 20170424 | Pages 0067887 – 0067888 of Ex 180 |
| 188 | 20170424 | (should be under seal) |
| 189 | 20170424 | (page CFPB-TMLG-0059936 should be under seal) |
| 215 | 20170425 | |
| 216 | 20170425 | Audio file (should be under seal – SSN ) |
| 219 | 20170425 | |
| 389 | 20170425 | |
| 454 | 20170425 | |
| 560 | 20170424 | |
| 576 | 20170424 | |
| 577 | 20170424 | |
| 617 | 20170425 | |
| 654 | 20170425 | |
| 659 | 20170425 | |
| 1006 | 20170425 | Pages 000185 - 000201 |
| 1017 | 20170425 | |
| 1019 | 20170425 | |
| 1020 | 20170425 | |
| 1025 | 20170425 | |
| 1027 | 20170425 | |
| 1030 | 20170425 | |
| 1042 | 20170425 | |
| 1056 | 20170424 | |
| 1057 | 20170424 | |
| 1059 | 20170424 | |
| 1060 | 20170424 | |
| 1064 | 20170425 | P57 L 22-23 |
| 1065 | 20170424 | |
| 1066 | 20170424 | |
| 1067 | 20170424 | |
| 1068 | 20170424 | |
| 1069 | 20170424 | |
| 1087 | 20170425 | |
| 1089 | 20170425 | |

| | | |
|---|---|---|
| 1112 | 20170425 | |
| 1113 | 20170424 | |
| 1114 | 20170424 | Admitted under seal |
| | | |