IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

THE MORTGAGE LAW GROUP, LLP, CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS and HAROLD E. STAFFORD,

Defendants.

14-cv-00513-wmc

**PARTIES' STIPULATION WITH RESPECT TO ATTORNEYS' LICENSURE STATUS**

Plaintiff Consumer Financial Protection Bureau ("CFPB") and Defendants Consumer First Legal Group, LLC, Thomas G. Macey, Jeffrey J. Aleman, Jason E. Searns, and Harold E. Stafford hereby stipulate to the following facts with respect to certain attorneys.

1. The Bureau does not dispute that the certificates of good standing and letters from state bars and courts that appear in Defendants' Exhibit 671A are true and correct copies of authentic documents.

2. The parties stipulate that the attorneys identified in the table below were all licensed attorneys in good standing with the indicated respective state bars from January 2011 to December 2013.

| **Name** | **State** | **Bate** |
|---|---|---|
| Mark Anderson | Montana | DEF016084 |
| Jeffrey Attix | Maryland | DEF016034 |
| Kevin Banyon | Michigan | DEF016124 |
| Michael Barnett | Illinois | DEF016179 |
| Jonathon Birdt | California | DEF016098 |

| **Name** | **State** | **Bate** |
|---|---|---|
| Gilbert Borman | Michigan | DEF016125 |
| Jerry Bowlin | Missouri | DEF016044 |
| Shawn Bozarth | Pennsylvania | DEF016088 |
| Ron Brown | Oklahoma | DEF016113 |
| John Cantrell | South Carolina | DEF016048 |
| Kathleen Castro | California | DEF016099 |
| Chen, Andrew | Virginia | DEF016185 |
| Stephen D. Coffen | Missouri | DEF016044 |
| Jeff Cojocar | Michigan | DEF016126 |
| Rex Daines | Oregon | DEF016040 |
| Timothy Daniel | New Mexico | DEF016052 |
| Davis, Minor Wallace | Texas | DEF016195 |
| Jacqueline Delgado | Florida | DEF016020 |
| Wilfred Denis | Louisiana | DEF016104 |
| Matt Durgin | Kansas | DEF016066 |
| Caroline Elrod | California | DEF016100 |
| Christopher Bryan Fears | Colorado<br>Oklahoma<br>Texas | DEF016176<br>DEF016114<br>DEF016144 |
| Sara Flores | Nevada | DEF016194 |
| Richard Frier | Alabama | DEF016145 |
| Alex Golubitsky | Oregon | DEF016041 |
| Jill Gordon | Florida | DEF016021 |
| Charles Grasso | California | DEF016101 |
| Edith Gray | Virginia | DEF016033 |
| William Greim | Missouri | DEF016044 |
| Richard Gustafson | California<br>Illinois | DEF016173<br>DEF016166 |
| Leonard Hall | Kansas | DEF016068 |
| William Harrington | Pennsylvania | DEF016088 |
| Angela Hermosillo | Idaho | DEF016038 |
| Donald Hodge | Louisiana | DEF016103 |
| Mark Hofgard | Arizona | DEF016116 |
| Paul Hull | Illinois | DEF016137 |
| Wendy Taylor Humphrey | Massachusetts<br>Rhode Island | DEF016161<br>DEF016163 |
| Mary Zoe Hutchins | Ohio | DEF016187-88 |
| Zoe Hutchins | Michigan | DEF016170 |
| Jeffrey Hyslip | Ohio | DEF016030 |
| Steven Ipri | Ohio | DEF016029 |
| Eric Lee Jackson | Indiana | DEF016045 |

| **Name** | **State** | **Bate** |
|---|---|---|
| Tim King | Vermont | DEF016043 |
| David Knapp | New Jersey | DEF016153 |
| Nathan Koch | Florida | DEF016022 |
| Sonia Kochhar | Maryland | DEF016034 |
| Harry Marsh | North Carolina | DEF016090 |
| Patrick Martin | Kansas | DEF016067 |
| Yashica McArthur | Florida | DEF016023 |
| Christopher Mercado | Washington | DEF016132 |
| Christopher Migliaccio | Texas | DEF016151 |
| Jeremy Miller | New Hampshire | DEF016077 |
| Brandon Moore | Texas | DEF016152 |
| Dwight Moore | Tennessee | DEF016157 |
| Phil Murdock | South Carolina | DEF016050 |
| Naomi Nami | California | DEF016074 |
| Jeffrey Neeman | Nevada | DEF016376 |
| Mark Osterman | Alaska | DEF016102 |
| Andrew Peterson | Michigan | DEF016123 |
| Titus Peterson | Colorado | DEF016096 |
| F. Grey Powell | North Carolina | DEF016089 |
| Matthew Purcell | Georgia | DEF016028 |
| Faisal Qureshi | Virginia | DEF016033 |
| Stephen A. Ramadan | California | DEF016174 |
| Ramadan, A. Stephan | Illinois | DEF016181 |
| Stephen A. Ramadan | Michigan | DEF016164 |
| Justin Rammell | Colorado<br>Nebraska<br>Utah<br>Wyoming | DEF016197<br>DEF016092<br>DEF016016<br>DEF016141 |
| Jason Ramsland | Indiana | DEF016046 |
| Leo Ramunno | Delaware | DEF016039 |
| William Ranill | Idaho | DEF016037 |
| Saharie Reed | Texas | DEF016154 |
| Daniel Reiff | Minnesota | DEF016139 |
| Sheryl Rickford | Maryland | DEF016034 |
| Steven Rogers | Utah | DEF016015 |
| Ronald Rojas | Pennsylvania | DEF016088 |
| Richard Ruben | Colorado | DEF016095 |
| Dan Ruggiero | Connecticut<br>Maine<br>Massachusetts<br>New Jersey | DEF016172<br>DEF016108<br>DEF016107<br>DEF016153 |

| Name | State | Bate |
|---|---|---|
| Mark Scheer | Colorado<br>Missouri<br>Georgia<br>Pennsylvania | DEF016093<br>DEF016044<br>DEF016190, 16196<br>DEF016192, 16197 |
| Stephanie Schmitt | Wisconsin | DEF016027 |
| Jason Searns | Colorado | DEF016094 |
| Mandy Shell | Illinois<br>Kansas<br>Missouri | DEF016180<br>DEF016182<br>DEF016171 |
| Kelly Sibert | Illinois | DEF016136 |
| Todd Sidoti | Ohio | DEF016032 |
| Gary Singer | Florida | DEF0016024 |
| Denise Snyder | New Mexico | DEF016051 |
| Eric Soller | Arkansas | DEF016070 |
| Andrew Steele | Florida | DEF016019 |
| Deborah Stencel | Wisconsin | DEF016026 |
| Michael Stosic | Pennsylvania | DEF016088 |
| Greg Straub | Wisconsin | DEF016025 |
| Thomas Sundvold | Florida<br>Iowa<br>Nebraska | DEF016019<br>DEF016069<br>DEF016092 |
| Phil Tannenbaum | California | DEF016076 |
| Michael Terry | Nevada | DEF016036 |
| Ami Thomas | Michigan | DEF016165 |
| Keith Trader | North Dakota | DEF016035 |
| Patricia Watson | Rhode Island | DEF016017 |
| Steve Westerfield | Arkansas | DEF016071 |
| Linda Carol Williams | North Carolina | DEF016091 |
| Greta Wilson | Louisiana | DEF016105 |
| Jacob Wilson | Oregon | DEF016175 |
| John Windsor | Mississippi | DEF016156 |
| Mark Zwicker | Vermont | DEF016043 |

3. The parties stipulate that the following attorneys were all licensed attorneys in good standing with the state bars identified below for the time periods identified below between January 1, 2011 and December 31, 2013:

| Name | State | Date Range | Reference |
|---|---|---|---|
| Colin Banyon | Illinois | Jan. 1, 2011-Feb. 27, 2012; | DEF Exh. 671 p. 4 |

| Name | State | Date Range | Reference |
|---|---|---|---|
| | | Apr. 30, 2012-Dec. 31, 2013 | DEF 16138 |
| Jason Blust | Illinois | Jan. 1, 2011-Jan. 30, 2013 | DEF Exh. 671 p. 9<br><br>DEF 16138 |
| Burton Kliman | Massachusetts | Jan. 1, 2011-Dec. 28, 2011 | DEF Exh 671, p.<br><br>48<br><br>DEF 16106 |
| Robert Raper | Ohio | Jan. 1, 2011-Nov. 1, 2013 | DEF Exh 671 p 81<br><br>DEF 16031 |
| Bruce Redman | Michigan | Jan. 1. 2011-Jan. 26, 2012<br><br>Apr. 27, 2012-Nov. 15, 2013 | Exh 671 p 82<br><br>DEF 16160 |
| Mark Scheer | New Jersey | Admitted Dec. 22, 1986<br><br>In good standing as of March 6, 2013<br><br>In good standing as of Apr. 20, 2017 | DEF Exh 671 pp<br><br>133, 140<br><br>DEF 16191, 16198 |
| Joel Schwartz | New Jersey | Jan. 1, 2011-Sept. 26, 2011<br><br>October 3, 2011-Sept 24, 2012<br><br>Sept 28, 2012- Dec. 31, 2013 | DEF Exh 671 p 91<br><br>DEF 16153 |
| Arne Skatrud | Wisconsin | Admitted Oct. 10, 2011<br><br>In good standing as of Feb. 22, 2017 | DEF Exh 671 p 126<br><br>DEF 16184 |

| Name | State | Date Range | Reference |
|---|---|---|---|
| Kevin Trebbe | Arizona | Jan. 1, 2011-June 18, 2013 | DEF Exh 671 p 117<br><br>DEF 16120 |

4. With respect to any remaining attorneys identified on other proposed exhibits submitted by Defendants, including Defendants' Exhibit 670A, the parties stipulate that Defendants have not provided certificates of good standing or certified state bar records evidencing that the following attorneys were licensed attorneys in good standing with the state bars identified for each attorney: Pam Archibald (Arizona); Sheron Barton (District of Columbia); Joseph Blandford (Kentucky); Richard Boehms (Mississippi); John Brooke (New York); Andrew Cardwell (Mississippi); Anne Galenberg (New Hampshire); William Harrington (as to New Jersey only); James Hays Lawson (Kentucky); Catherine Lena (California); Christine Mauitz-Van Niekerk (New York); Tamara McDowell (District of Columbia); Ray Negron (New York); Daniel Ruggiero (as to New York only); Ira Turner (Connecticut); Andrew Velonis (New York); Edward Vioni (Connecticut); Everett Walton (Hawaii); Cherise Williams (District of Columbia); and Donya Zimmerman (Maryland).

5. With respect to any remaining attorneys identified on other proposed exhibits submitted by Defendants, including Defendants' Exhibit 670A, the parties stipulate that Defendants have not provided any documentary evidence concerning the licensure and good standing of the following attorneys: Sally Anne Abel (New York, North Carolina); Christopher Eric Butler (Washington); James "Jay" Byrum (West Virginia); Andrew Chen (as to Utah only); John Davis (Texas); Robert Davis (Texas); Alberto DeDiego (Puerto Rico); Alan Graff

(Michigan); Tim Hogan (South Dakota); Jonathan Levine (Arizona); Jeremy Miller (as to Vermont only); James Moran (New York); Daniel Rosenfield (Arizona); Sonia Shurden (Mississippi); and David Spenard (New Hampshire).

6. The parties stipulate that Defendants have not provided any documentary evidence establishing the licenses or good standing of any attorneys from the following jurisdictions: Puerto Rico; South Dakota; and West Virginia.

Date: April 26, 2017

Respectfully submitted,

FOR THE PLAINTIFF:

Anthony Alexis (DC Bar #384545)
*Enforcement Director*

David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*

Cynthia Gooen Lesser (NY Bar 2578045)
*Assistant Deputy Enforcement Director*

*/s/ Mary K. Warren*
Mary K .Warren, NY Bar #2557684
mary.warren@cfpb.gov
202-435-7815
Seth B. Popkin, DC Bar #417365
seth.popkin@cfpb.gov
202-435-9496
Shirley Chiu, IL Bar #6296079
shirley.chiu@cfpb.gov
202-435-7592
David Dudley, WI Bar # 1062812
david.dudley@cfpb.gov
202-435-9284
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

FOR THE DEFENDANTS:

RATHJE & WOODWARD, LLC

By: */s/ Timothy D. Elliott*
Douglas M. Poland
State Bar No. 1055189
10 E. Doty St., Ste. 507
Madison, WI 53703
Tel.: (608) 960-7430
dpoland@rathjewoodward.com

Timothy D. Elliott (*pro hac vice*)
Emily A. Shupe (*pro hac vice*)
Kaitlyn Anne Wild
300 E. Roosevelt Rd., Ste. 300
Wheaton, IL 60187
Tel.: (630) 668-8500
telliott@rathjewoodward.com
eshupe@rathjewoodward.com
kwild@rathjewoodward.com

*Attorneys for Consumer First Legal Group, LLC, Thomas Macey, Jeffrey Aleman, Jason Searns, and Harold Stafford*