Court Ex. 3

# DEPO DESIGNATION EXHIBIT LIST

| No. | Description | Bates Numbers | Defendants' Objections |
|---|---|---|---|
| 15 | TMLG Operating Agreement, previously marked as Harrington Deposition Ex. 10, Powell Deposition Ex. Q, SJ Ex. 16, Gustafson Deposition Ex. 10, Reiff Deposition Ex. 15, Daines Deposition Ex. 15, Fears Deposition Ex. 12, Rammell Deposition Ex. 19, Murdock Deposition Ex. 14 | CFPB-TMLG-0052857- 52881 | Relevance – draft agreement |
| 21 | TMLG's Instructions to Local Attorneys Regarding Review of Consumer Files for Intake, previously marked as SJ Ex. 22, Harrington Deposition Ex. 4, Ruggiero Deposition Ex. 7, Gustafson Deposition Ex. 6 | CFPB-TMLG-0033290- 33291 | No objection |
| 22 | E-mail from Colin Banyon to Local Attorney dated June 12, 2012, "Intake Reviews for Loan Modifications," previously marked as Harrington Deposition Ex. 14, SJ Ex. 23 | CFPB-TMLG-0061124- 61125 | No objection |
| 23 | E-mail from Belinda Moran to Jacqueline Delgado dated September 24, 2012, "Fw: Update from Consumer First Legal Group," previously marked as Delgado Deposition Ex. 10, Banyon Deposition Ex. 8, SJ Ex. 24 | CFPB-TMLG-0004704-4705 | No objection |
| 24 | E-mail from Colin Banyon to Jacqueline Delgado dated May 15, 2012, "FL Loan Mod and Foreclosure Cases," previously marked as Delgado Deposition Ex. 5, SJ Ex. 25 | CFPB-TMLG-0004652-4653 | No objection |
| 26 | Agreement between CFLG and Meracord, previously Aleman CFLG 30(b)(6) Deposition Ex. 12, Lanham Deposition Ex. 8, SJ Ex. 27 | CFPB-TMLG-0028792- 28808 | Relevance, Rule 403 (waste of time) |
| 28 | Thomas Macey's Answers and Objections to Plaintiff's First Set of Interrogatories, previously marked as Macey Deposition Ex. 3, SJ Ex. 29 | CFPB-TMLG-0038155-38168 | No objection |

| | | | |
|---|---|---|---|
| 31 | Jeffrey Aleman's Answers and Objections to Plaintiff's First Set of Interrogatories, also previously Aleman Deposition Ex. 1, SJ Ex. 32 | CFPB-TMLG-0038129-38142 | No objection |
| 34 | Salespeople Scripts and Instructions to Local Attorneys, includes previously marked Sibert Deposition Ex. 13, Prince Deposition Ex. 4, SJ Ex. 35 | TMLG.MO.LIT.000 148-180 | Cumulative of PE 32 |
| 38 | TMLG Partnership Agreement, previously marked as Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment ("Opp.") Ex. 1, Fears Deposition Ex. 13, Reiff Deposition Ex. 16, Daines Deposition Ex. 16, Trebbe Deposition Ex. 20, Rammell Deposition Ex. 18, Murdock Deposition Ex. 15 | CFPB-TMLG-0037078- 37109 | No objection |
| 53 | TMLG Welcome Letter and Packet, previously marked as Delgado Deposition Ex. 12, Aleman Deposition Ex. 3, Searns Deposition Ex. 5, Harrington Deposition Ex. 5, Ruggiero Deposition Ex. 9 | DEF.000605-627 | No objection |
| 56 | Letter from the Florida Bar to Jacqueline Delgado dated August 28, 2012, previously marked as Delgado Deposition Ex. 8 | CFPB-TMLG-0004725-4728 | Hearsay, relevance |
| 58 | E-mail from Jacqueline Delgado to Colin Banyon dated September 11, 2012, "Resignation," previously marked as Delgado Deposition Ex. 11 | CFPB-TMLG-0004702-4703 | No objection |
| 62 | Jennings Consumer Complaint File, previously marked as Banyon Deposition Ex. 5, Aleman CFLG 30(b)(6) Deposition Ex. 10, Harrington Deposition Ex. 18, Powell Deposition Ex. V | CFPB-TMLG-0029668-29723 | Hearsay, relevance, improper group exhibit |
| 66 | Retainer Agreement between CFLG and Consumer F. Halwani, previously marked Ruggiero Deposition Ex. 10 | CFPB-TMLG-0029055-29068 | No objection |

| | | | |
|---|---|---|---|
| 67 | TMLG Bank Accounts, previously marked Aleman Deposition Ex. 4 | DEF.0001207 | Relevance |
| 69 | TMLG CAPS – Control Group, previously marked as Aleman Deposition Ex. 8 | DEF.0001215-1216 | Relevance |
| 70 | File Review Instructions, previously marked as Aleman Deposition Ex. 10, Harrington Deposition Ex. 7 | TMLG.MO.LIT.000 179-180 | None |
| 71 | TMLG Bank Statement (Chase account ending in 3833), May 1, 2012 through May 31, 2012, previously marked as Aleman Deposition Ex. 12 | CFPB-TMLG-0014892-14903 | Relevance |
| 72 | TMLG Training Presentation, previously marked as Searns Deposition Ex. 3 | KS.0009-13 | Relevance, incomplete exhibit |
| 73 | Fronter Script, previously marked as Searns Deposition Ex. 4, previously marked as Anderson Deposition Ex. 5 | KS.00058-61 | No objection |
| 74 | CFLG's Answers and Objections to Plaintiff's First Set of Interrogatories, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 11 | CFPB-TMLG-0038143-38154 | No objection |
| 75 | CFLG Website, includes previously marked Aleman CFLG 30(b)(6) Deposition Exhibits 15 and 16 | CFPB-TMLG-0068327-68393 | Relevance, Rule 403 (waste of time) |
| 80 | Check from Credit Advocates Law Firm, LLC to David Prince, previously marked as Prince Deposition Ex. 3 | CFPB-TMLG-0016808 | Relevance |
| 81 | E-mail from Kelly Sibert dated October 5, 2011, "TMLG New Pricing Structure Retainer," previously marked as Prince Deposition Ex. 5 | DEF.0006401-6402 | Relevance |
| 82 | E-mail from David Prince dated October 10, 2011, "Re: TMLG/ LHDR PPC Advertising," previously marked as Prince Deposition Ex. 6 | DEF.0004764-4765 | Relevance |
| 83 | E-mail from Jeffrey Aleman dated November 2, 2011, "Re: Loan Modifications in CA," previously marked as Prince Deposition Ex. 7 | DEF.0006758-6759 | Relevance |

| | | | |
|---|---|---|---|
| 84 | E-mail from Jason Searns dated June 5, 2012, "Fwd: Mini mod Retainer Fee Schedule," previously marked as Prince Deposition Ex. 9 | DEF.0005491-5497 | Relevance |
| 85 | Notice of Representation, previously marked as Prince Deposition Ex. 10 | CFPB-TMLG-0087917-87940 | No objection |
| 89 | Victor Anderson's diagram of TMLG sales floor, previously marked as Anderson Deposition Ex. 3 | CFPB-TMLG-0087941 | Relevance |
| 90 | Letter from Harold Stafford to Wisconsin Bureau of Consumer Protection dated May 17, 2013 regarding Consumer F. Halwani, previously marked as Ruggiero Deposition Ex. 14 | CFPB-TMLG-0029050-29053 | No objection |
| 91 | Mortgage Law Group Intake 2012 (Notes from Grey Powell), previously marked as Powell Deposition Ex. F | CFPB-TMLG-0061657-61664 | No objection |
| 92 | Mortgage Law Group Submission 2012 (Notes from Grey Powell), previously marked as Powell Deposition Ex. G | CFPB-TMLG-0061665-61667 | No objection |
| 93 | Letter to Grey Powell of submission reviews and intake reviews, previously marked as Powell Deposition Ex. H | CFPB-TMLG-0061599-61600 | No objection |
| 94 | Letter to Grey Powell with intakes and submissions, previously marked as Powell Deposition Ex. I | CFPB-TMLG-0061639 | No objection |
| 95 | CFLG – 2012 Intakes, previously marked as Powell Deposition Ex. J | CFPB-TMLG-0061208 | No objection |
| 96 | E-mail from Kelly Sibert dated April 19, 2012, "Fwd: Signature and Approval Request," previously marked as Powell Deposition Ex. S | CFPB-TMLG-0061223-61224 | No objection |

| | | | |
|---|---|---|---|
| 98 | E-mails from TMLG to Grey Powell dated March 23, March 7, April 4, and April 25 of 2012, previously marked as Powell Deposition Ex. Y | CFPB-TMLG-0061257, CFPB-TMLG- 0061268, CFPB-TMLG-0061340, CFPB-TMLG- 0061259, CFPB-TMLG-0061300, CFPB-TMLG- 0061357, CFPB-TMLG-0061346 | No objection |
| 100 | Gustafson Form 1099-Misc Year 2013, previously marked as Gustafson Ex. 3 | RG0001 | No objection |
| 101 | Affidavit of Richard Gustafson filed by Defendants, ECF 147, Gustafson Ex. 11. | CFPB-TMLG-0088101-88102 | Hearsay |
| 113 | Rex Daines's Response to Requests for Production, previously marked as Daines Deposition Ex. 2 | CFPB-TMLG-0087008-10 | Relevance, hearsay |
| 118 | Class B Agreement between Christopher Bryan Fears and Consumer First Legal Group (CFLG), previously Fears Deposition Ex. 3 | CBF001-28 | No objection |
| 119 | Affidavit of Christopher Bryan Fears marked by Defendants, ECF 173, Fears Deposition Ex. 17 | CFPB-TMLG-0088103-88104 | Hearsay |
| 128 | Check from TMLG, LLC to K. Trebbe, previously marked as Trebbe Deposition Ex. 17 | CFPB-TMLG-0014692 | Relevance |
| 129 | TMLG Operating Agreement dated Nov. 9, 2011, previously marked as Trebbe Deposition Ex. 18 | CFPB-TMLG-0087239-87273 | Relevance |
| 130 | TMLG Operating Agreement dated Dec. 13, 2011, previously marked as Trebbe Deposition Ex. 19 | CFPB-TMLG-0087484-87508 | Relevance |
| 140 | Email from K. Sibert to J. Rammell dated Jul. 29, 2011, "Loan Mod Client…" previously marked Rammell Deposition Ex. 8 | JR00036-40 | No objection |
| 145 | Check from TMLG, LLC to J. Rammell, previously marked as Rammell Deposition Ex. 14 | CFPB-TMLG-14717 | Relevance |

| | | | |
|---|---|---|---|
| 147 | 2011 Tax Return of Justin Rammell, previously marked as Rammell Deposition Ex. 20 | CFPB-TMLG-0001933-22705 | Relevance |
| 148 | Class B Member Addendum, previously marked as Murdock Deposition Ex. 4 | CFPB-TMLG-0088224-88232 | No objection |
| 151 | Email from K. Sibert to P. Murdock dated Feb. 29, 2012, "Re: TMLG Loan Mod Addendum" previously marked Murdock Deposition Ex. 10 | CFPB-TMLG-0088141-88146 | No objection |
| 155 | Chase Bank Records for CFLG, previously marked Stafford CFLG 30(b)(6) Ex. 6 | CFPB-TMLG-0087983-88038 | Relevance |
| 156 | Letter from VA Bureau of Financial Institutions dated 11/15/2013, previously marked as Stafford CFLG 30(b)(6) Ex. 8 | CFPB-TMLG-0029667-29749 | Hearsay, relevance, improper group exhibit |
| 157 | TMLG North Profit & Loss 2012, previously marked as Kesterson Deposition Exhibit 17 | CFPB-TMLG-0052773 | No objection |
| 158 | E-mail from Allison Lanham dated March 30, 2012, previously marked as Lanham Deposition Exhibit 7 | DEF.0005303-5309 | Hearsay, relevance |
| 160 | Loan Mod Submission Review Instructions, previously marked as Sibert Deposition Ex. 12, Aleman Deposition Ex. 9, Harrington Deposition Ex. 6, Powell Deposition Ex. L, Gustafson Deposition Ex. 8 | TMLG.MO.LIT.000148-149 | No objection |
| 162 | Submission Package Review Instructions, previously marked as Ruggiero Deposition Ex. 4 | CFPB-TMLG-0052832-52834 | No objection |
| 169 | Blank Retainer Agreement between TMLG and consumer, previously marked as Powell Deposition Ex. R | CFPB-TMLG-0061225-61238 | No objection |

| | | | |
|---|---|---|---|
| 291 | Class B Member Agreement between TMLG and Edith Gray, previously marked as Aleman Deposition Ex. 11, Harrington Deposition Ex. 11 | CFPB-TMLG-0052841-52848 | No objection |
| 292 | Class B Agreement between TMLG and Grey Powell, previously marked as Powell Ex. P | CFPB-TMLG-0087975-87982 | No objection |
| 293 | Class B Agreement between TMLG and Tim Daniel, previously marked as Ruggiero Deposition Ex. 12 | CFPB-TMLG-0066509-66516 | No objection |
| 304 | Template CFLG Class B Member Agreement, previously marked as Harrington Deposition Ex. 17, Powell Deposition Ex. U | CFPB-TMLG-0053127-53136 | No objection |

| No. | Description | Bates Numbers |
|---|---|---|
| 1001 | CFLG Operating Agreement, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 2, Stafford CFLG 30(b)(6) Deposition Ex. 5, Reiff Deposition Ex. 28, Daines Deposition Ex. 19, SJ Ex. 3, Fears Deposition Ex. 15 | DEF.000141-172 |
| 1002 | E-mail from Kelly Sibert to Local Attorneys dated January 23, 2012, "Local Intake Review and Class B Change," previously marked as Harrington Deposition Ex. 12, Ruggiero Deposition Ex. 8, SJ Ex. 11, Gustafson Deposition Ex. 7, Daines Deposition Ex. 8, Fears Deposition Ex. 6, Rammell Deposition Ex. 15 | CFPB-TMLG-0061123 |
| 1003 | Class B Agreement between William Harrington and TMLG, previously marked as Harrington Deposition Ex. 9, Daines Deposition Ex. 14, SJ Ex. 12, Rammell Deposition Ex. 13 | CFPB-TMLG- 0061198-61205 |
| 1004 | Class B Agreement between Daniel Ruggiero and CFLG, previously Ruggiero Deposition Ex. 13, Daines Deposition Ex. 18, SJ Ex. 18 | CFPB-TMLG- 0052820-52829 |
| 1005 | CFLG Recorded Verification Script, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 5, SJ Ex. 19 | DEF.000205-206 |
| 1007 | TMLG Welcome Letter and Packet, previously marked as Delgado Deposition Ex. 6, Harrington Deposition Ex. 8, Powell Deposition Ex. O, Gustafson Deposition Ex. 9, Daines Deposition Ex. 5, Fears Deposition Ex. 4, Trebbe Deposition Ex. 4, Scheer Deposition Ex. 8, Rammell Deposition Ex. 4, Murdock Deposition Ex. 5 | DEF.000537-557 |
| 1008 | E-mail from Colin Banyon to Jacqueline Delgado dated June 12, 2012, "Intake Reviews for Loan Modifications," previously marked as Delgado Deposition Ex. 4, Sibert Deposition Ex. 11 | CFPB-TMLG-0004669- 4673 |

| | | |
|---|---|---|
| 1009 | E-mail from Jacqueline Delgado to Gloria Riojas dated August 15, 2012, "3rd request: July Pay," previously marked as Delgado Deposition Ex. 7 | CFPB-TMLG-0004687- 4694 |
| 1010 | Enrollment Script, previously marked as Banyon Deposition Ex. 4, Aleman CFLG 30(b)(6) Ex. 6 | DEF.000202-204 |
| 1011 | CFLG Mortgage Loan Modification and Foreclosure Defense Qualification Checklist, previously marked as Banyon Deposition Ex. 6, Aleman CFLG 30(b)(6) Ex. 7, Stafford 30(b)(6) Deposition Ex. 3, Powell Deposition Ex. W, Scheer Deposition Ex. 7 | DEF.001-2 |
| 1012 | CFLG North Combined Balance Sheet, previously marked as Aleman CFLG 30(b)(6) Deposition Ex. 3 | DEF.000282-297 |
| 1013 | TMLG Welcome Packet, previously marked as Aleman Deposition Ex. 3, Searns Deposition Ex. 5, Harrington Deposition Ex. 5, Ruggiero Deposition Ex. 9 | TMLG.MO.LIT. 000110-132 |
| 1014 | Templates of Auto-generated E-mails, previously marked Trebbe Deposition Ex. 14 | CFPB-TMLG- 0087081-083 |
| 1015 | E-mail from C. Banyon to Local Partner dated June 12, 2012, "Intake Reviews for Loan Modifications," previously marked as Reiff Deposition Ex. 4, Daines Deposition Ex. 7, Fears Deposition Ex. 8 | DR000140-142 |
| 1016 | E-mail from TMLG to D. Reiff, dated June 29, 2012, "New Client Assigned for Intake Review…" previously marked as Reiff Deposition Ex. 5, Daines Deposition Ex. 6, Fears Deposition Ex. 7 | DR00053 |
| 1018 | TMLG Submission Package Checklist, previously marked as Reiff Deposition Ex. 8, Daines Deposition Ex. 11, Fears Deposition Ex. 10, Trebbe Deposition Ex. 12, Scheer Deposition Ex. 17 | DR00013-14 |
| 1026 | Email from TMLG System to D. Reiff dated Apr. 23, 2012, "Submission Ready for Review…" previously marked as Daines Deposition Ex. 10, Fears Deposition Ex. 9 | DR00093 |

| | | |
|---|---|---|
| 1028 | TMLG Welcome Letter, previously marked as Daines Deposition Ex. 17, Fears Deposition Ex. 14 | TMLG.MO.LIT.000110- 11 |
| 1029 | Email from K. Sibert to L. Preshad dated Jan. 23, 2012, "Local Intake Review and Class B Change" previously marked as Trebbe Deposition Ex. 6 | CFPB-TMLG- 0087209-87210 |
| 1031 | Email from TMLG System to K. Trebbe dated Feb. 7, 2012, "New Client Assigned for Intake Review…" previously marked as Trebbe Deposition Ex. 8 | CFPB-TMLG-0087277 |
| 1032 | Email from TMLG System to K. Trebbe dated Dec. 21, 2011, "Client Assigned – Portfolio…" previously marked as Trebbe Deposition Ex. 9 | CFPB-TMLG-0087129 |
| 1033 | Email from K. Sibert to L. Preshad dated Dec. 21, 2011, "Local Intake Submission Reviews – TMLG CRM" previously marked as Trebbe Deposition Ex. 10 | CFPB-TMLG- 0087205-87206 |
| 1034 | Email from K. Sibert to K. Sibert and C. Banyon dated Apr. 19, 2012, "Attorney Touch Point Email and Client Notifications" previously marked as Trebbe Deposition Ex. 13 | CFPB-TMLG- 0087084-87092 |
| 1035 | Class B Member Addendum dated Oct. 31, 2011 previously marked as Trebbe Deposition Ex. 15 | CFPB-TMLG- 0087071-87080 |
| 1036 | Class B Member Addendum dated Dec. 8, 2011 previously marked as Trebbe Deposition Ex. 16 | CFPB-TMLG- 0087534-87541 |
| 1038 | TMLG Letter to K. Owens dated Aug. 17 2012, Trebbe Deposition Ex. 21 | |
| 1054 | Local Attorney Submission Review Instructions for TMLG CRM, previously marked as Ruggiero Deposition Ex. 3, Trebbe Deposition Ex. 11, Scheer Deposition Ex. 16 | CFPB- TMLG- 0087204 |
| 1075 | Deloris Dallas – Submission, previously marked as Daines Ex. 23 | DEF015079-015201 |
| 1100 | Class B Member Agreement between CFLG and Angela Hermasillo, previously marked as Delgado Ex. 13 | DEF.00023-32 |

| | | |
|---|---|---|
| 1101 | Class B Member Agreement between CFLG and Gregory Straub, previously marked as Banyon Deposition Ex. 7, Aleman CFLG 30(b)(6) Deposition Ex. 4, Stafford CFLG 30(b)(6) Deposition Ex. 1 | DEF.000110-119 |
| 1108 | CFLG 2013 Tax Return, previously marked as Macey CFLG 30(b)(6) Deposition Ex. 2 | DEF.000342-379 |