Court Ex. 4

# CLASS B AGREEMENT EXHIBIT LIST

| No. | Description | Bates Numbers |
|---|---|---|
| 118 | Class B Agreement between Christopher Bryan Fears and Consumer First Legal Group (CFLG), previously Fears Deposition Ex. 3 | CBF001-28 |
| 291 | Class B Member Agreement between TMLG and Edith Gray, previously marked as Aleman Deposition Ex. 11, Harrington Deposition Ex. 11 | CFPB-TMLG- 0052841-52848 |
| 292 | Class B Agreement between TMLG and Grey Powell, previously marked as Powell Ex. P | CFPB-TMLG- 0087975-87982 |
| 293 | Class B Agreement between TMLG and Tim Daniel, previously marked as Ruggiero Deposition Ex. 12 | CFPB-TMLG- 0066509-66516 |
| 304 | Template CFLG Class B Member Agreement, previously marked as Harrington Deposition Ex. 17, Powell Deposition Ex. U | CFPB-TMLG- 0053127-53136 |
| 309 | Class B Member Addendum- Daniel Ruggiero | CFPB-TMLG- 0067422-67431 |
| 1004 | Class B Agreement between Daniel Ruggiero and CFLG, previously Ruggiero Deposition Ex. 13, Daines Deposition Ex. 18, SJ Ex. 18 | CFPB-TMLG- 0052820-52829 |
| 1022 | Class B Member Addendum dated July 6, 2011, previously marked as Reiff Deposition Ex. 12 | DR00041-8 |
| 1023 | Class B Member Addendum dated July 26, 2011, previously marked as Reiff Deposition Ex. 13 | DR00023-30 |
| 1035 | Class B Member Addendum dated Oct. 31, 2011 previously marked as Trebbe Deposition Ex. 15 | CFPB-TMLG- 0087071-87080 |
| 1036 | Class B Member Addendum dated Dec. 8, 2011 previously marked as Trebbe Deposition Ex. 16 | CFPB-TMLG- 0087534-87541 |
| 1090 | Class B Membership Agreement between TMLG and Deborah Stencel | DEF.000460-467 |
| 1091 | Class B Member Agreement between TMLG and Everett Walton, previously marked as Sibert Deposition Ex. 10 | CFPB-TMLG- 0053107-53116; DEF.00013-22 |
| 1092 | Class B Membership Agreement between CFLG and Edith Gray | DEF.000100-109 |
| 1093 | Class B Membership Agreement between CFLG and Timothy Daniel | DEF.00073-76 |
| 1094 | Class B Membership Agreement between CFLG and Wilfred D. Denis III | DEF.00053-61 |

| | | |
|---|---|---|
| 1095 | Class B Membership Agreement between CFLG and Jeffrey Attix | DEF.00062-72 |
| 1096 | Class B Membership Agreement between CFLG and James H. Lawson | DEF.00043-52 |
| 1097 | Class B Membership Agreement between CFLG and Daniel Ruggiero | DEF.0003-12 |
| 1098 | Class B Membership Agreement between CFLG and Thomas Sundvold | DEF.00033-42 |
| 1099 | Class B Membership Agreement between CFLG and Everett Walton | DEF.00013-22 |
| 1100 | Class B Member Agreement between CFLG and Angela Hermasillo, previously marked as Delgado Ex. 13 | DEF.00023-32 |
| 1101 | Class B Member Agreement between CFLG and Gregory Straub, previously marked as Banyon Deposition Ex. 7, Aleman CFLG 30(b)(6) Deposition Ex. 4, Stafford CFLG 30(b)(6) Deposition Ex. 1 | DEF.000110-119 |
| 1102 | Class B Membership Agreement between CFLG and Jacob Wilson | DEF.00077-86 |
| 1103 | Class B Membership Agreement between CFLG and William Harrington | DEF.00087-89 |
| 1104 | Class B Membership Agreement between CFLG and Christopher Bryan Fears | DEF.00090-99 |
| 1105 | Class B Member Addendum William Harrington | CFPB-TMLG- 0061198-61206 |