Ct. Ex. #5

Admitted Exhibits

| Exhibit # | Date Admitted | Comments |
|---|---|---|
| 4 | 20170424 | |
| 16 | 20170425 | |
| 20 | 20170425 | |
| 32 | 20170424 | Except 000171 - 000178 |
| 78 | 20170425 | |
| 97 | 20170425 | |
| 118 | 20170427 | |
| 180(a) | 20170424 | Pages 0067887 – 0067888 of Ex 180 |
| 188 | 20170424 | (should be under seal) |
| 189 | 20170424 | (page CFPB-TMLG-0059936 should be under seal) |
| 194 | 20170424 | pages 0060379 - 0060386 |
| 215 | 20170425 | |
| 216 | 20170425 | Audio file (should be under seal – SSN ) |
| 219 | 20170425 | |
| 276 | 20170426 | |
| 277 | 20170426 | |
| 279 | 20170426 | |
| 282 | 20170426 | |
| 319 | 20170426 | |
| 321 | 20170426 | |
| 389 | 20170425 | |
| 440a | 20170426 | Conditionally admitted as to state regulator information only – and subject to defendants' review of Ryan Thomas information |
| 441 | 20170426 | |
| 454 | 20170425 | |
| 501 | 20170426 | |
| 509 | 20170426 | |
| 510 | 20170426 | |
| 511 | 20170426 | |
| 528 | 20170426 | |
| 529 | 20170426 | |
| 530 | 20170426 | |
| 531 | 20170426 | |
| 560 | 20170424 | |
| 576 | 20170424 | |
| 577 | 20170424 | |
| 596 | 20170427 | |

| | | |
|---|---|---|
| 598 | 20170427 | |
| 599 | 20170427 | |
| 601 | 20170427 | |
| 602 | 20170427 | |
| 608 | 20170427 | |
| 617 | 20170425 | |
| 618 | 20170427 | |
| 619 | 20170427 | |
| 621 | 20170427 | |
| 622 | 20170427 | |
| 633 | 20170427 | |
| 654 | 20170425 | |
| 659 | 20170425 | |
| 663 | 20170426 | |
| 665 | 20170426 | |
| 671(a) | 20170427 | |
| 1001 | 20170426 | |
| 1003 | 20170426 | |
| 1005 | 20170426 | |
| 1006 | 20170425 | Pages 000185 - 000201 |
| 1010 | 20170426 | |
| 1012 | 20170426 | |
| 1013 | 20170426 | |
| 1015 | 20170427 | |
| 1017 | 20170425 | |
| 1018 | 20170427 | |
| 1019 | 20170425 | |
| 1020 | 20170425 | |
| 1022 | 20170425 | |
| 1025 | 20170425 | |
| 1027 | 20170425 | |
| 1030 | 20170425 | |
| 1037 | 20170425 | |
| 1039 | 20170427 | |
| 1041 | 20170427 | |
| 1042 | 20170425 | |
| 1044 | 20170427 | |
| 1048 | 20170427 | |
| 1050 | 20170427 | |
| 1052 | 20170427 | |
| 1053 | 20170427 | |
| 1056 | 20170424 | |
| 1057 | 20170424 | |
| 1059 | 20170424 | |
| 1060 | 20170424 | |
| 1064 | 20170425 | |

| | | |
|---|---|---|
| 1065 | 20170424 | |
| 1066 | 20170424 | |
| 1067 | 20170424 | |
| 1068 | 20170424 | |
| 1069 | 20170424 | |
| 1087 | 20170425 | |
| 1089 | 20170425 | |
| 1107 | 20170426 | |
| 1108 | 20170426 | |
| 1109 | 20170426 | |
| 1112 | 20170425 | |
| 1113 | 20170424 | |
| 1114 | 20170424 | Admitted under seal |
| | | |