Ct. Ex. #6

**DEFENDANT'S DEPO DESIGNATION EXHIBIT LIST**

| Date | Identification | | Description | Bates Numbers | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|---|
| | No. | Witness | | | |
| | 588. | | 06/11/12 Email from Banyon re Memo to be Distributed ot Phase 1 | Delgado Dep. Ex. 3 | |
| | 590. | | 5/15/2012 Email from Banyon re FL Loan Mod and Foreclosure Cases | Delgado Dep. Ex. 5 | |
| | 647. | | Foreclosure Response Team Attorney Information Sheet | CFPB0087274, Trebbe Dep. Ex. 26 | |
| | 649. | | 10/25/11 Email from K. Trebbe | CFPB0087322, Trebbe Dep. Ex. 23 | |
| | 651. | | Kevin Maniak Trebbe Resume | CFPB0087196, Trebbe Dep. Ex. 22 | |
| | 652. | | 11/2/11 Email from P. Hull | CFPB0087142-0087144, Trebbe Dep. Ex. 25 | |
| | 653. | | 1/26/12 Email from L. Preshad | CFPB0087035, Trebbe Dep. Ex. 34 | |
| | 655. | | 11/11/11 Email from P. Hull | CFPB0087357-0087360, Trebbe Dep. Ex. 28 | |
| | 656. | | 12/21/11 Email from K. Sibert with attachments | CFPB0087137, 87204, 87200, 87201, 87202; Trebbe Dep. Ex. 31 | |
| | 657. | | Short Sale Flowchart for TMLG | CFPB0087376-087382, Trebbe Dep. Ex. 35 | |
| | 658. | | 12/8/11 Email from K. Sibert | CFPB0087100-0087125, Trebbe Dep. Ex. 29 | |
| | 662. | | 4/5/12 Email from K. Sibert | DR00167-00168, Daines Dep. Ex. 13 | |
| | 663. | | Spreadsheet | Daines Dep. Ex. 21 | |

| | | | | | |
|---|---|---|---|---|---|
| | 664. | | BOA ltr to Mortgage Law Group dated 5/7/12 | DEF013902, Daines Ex. 22 | |