# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 14-cv-513-wmc<br>)<br>) Hon. William M. Conley |
| THE MORTGAGE LAW GROUP, LLP, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Consumer First Legal Group, LLC, Thomas G. Macey, Jeffery J. Aleman, Jason E. Searns, and Harold E. Stafford, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 4, 2019, and the amended final judgment entered on November 18, 2019.

Dated: December 4, 2019                     RATHJE WOODWARD LLC

                                                          By: */s/ Timothy D. Elliott*
                                                             Douglas M. Poland
                                                            State Bar No. 1055189
                                                            10 E. Doty Street, Suite 507
                                                           Madison, WI 53703
                                                           Tel.: (608) 960-7430
                                                           dpoland@rathjewoodward.com

                                                           Timothy D. Elliott (*pro hac vice*)
                                                           Emily A. Shupe (*pro hac vice*)
                                                           Brian J. Murray (IL 6272767)
                                                           300 E. Roosevelt Rd., Ste. 300
                                                           Wheaton, IL 60187
                                                           Tel.: (630) 668-8500
                                                           telliott@rathjewoodward.com
                                                           eshupe@rathjewoodward.com

bmurray@rathjewoodward.com

**COUNSEL FOR CONSUMER FIRST LEGAL GROUP, LLC, THOMAS MACEY, JEFFREY ALEMAN, JASON SEARNS, AND HAROLD STAFFORD**

## CERTIFICATE OF FILING & SERVICE VIA CM/ECF

  I, Timothy D. Elliott, an attorney, do hereby certify that on December 4, 2019, I electronically filed the above document with the clerk of the court by using the CM/ECF system. I further certify that a notice of electronic filing related to the above document was sent to all counsel of record.

Dated: Dated: December 4, 2019             */s/ Timothy D. Elliott*