**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CONSUMER FINANCIAL PROTECTION BUREAU,
Plaintiff,

v.

THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,
Defendants.

Case No. 3:14-cv-00513

**NOTICE OF APPEAL**

Plaintiff Consumer Financial Protection Bureau ("Bureau") hereby gives notice that it appeals to the United States Court of Appeals for the Seventh Circuit from the portions of the final judgment entered in this action on November 5, 2019 (ECF No. 420) that are adverse to Plaintiff. That judgment was subsequently amended on November 18, 2019 (ECF No. 426) and March 6, 2020 (ECF No. 456). The Bureau does not appeal the amendments made by those amended judgments, but does appeal those judgments to the extent that they include the same adverse decisions included in the final judgment entered on November 5, 2019.

Date: April 29, 2020

Respectfully submitted,

Thomas G. Ward
*Enforcement Director*

David M. Rubenstein
*Deputy Enforcement Director*

Cynthia Gooen Lesser
*Assistant Deputy Enforcement Director*

*/s/ Carl L. Moore*
Carl L. Moore
carl.moore@cfpb.gov
202-435-9107
Seth B. Popkin
seth.popkin@cfpb.gov
202-435-9496
Mary K. Warren
mary.warren@cfpb.gov
202-435-7815
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552