UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>         Plaintiff,<br><br>  v.<br><br>THE MORTGAGE LAW GROUP, LLP, (D/B/A THE LAW FIRM OF MACEY, ALEMAN & SEARNS), CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,<br><br>         Defendants. | Case No. 3:14-cv-00513 |

## NOTICE OF APPEAL

Plaintiff Consumer Financial Protection Bureau ("Bureau") hereby gives notice that it appeals to the United States Court of Appeals for the Seventh Circuit from the portions of the final judgment entered in this action on November 5, 2019 (ECF No. 420) that are adverse to Plaintiff. That judgment was subsequently amended on November 18, 2019 (ECF No. 426) and March 6, 2020 (ECF No. 456). The Bureau does not appeal the amendments made by those amended judgments, but does appeal those judgments to the extent that they include the same adverse decisions included in the final judgment entered on November 5, 2019.

Date: April 29, 2020                     Respectfully submitted,

                                          Thomas G. Ward
                                        *Enforcement Director*

                                        David M. Rubenstein
                                        *Deputy Enforcement Director*

                                        Cynthia Gooen Lesser
                                        *Assistant Deputy Enforcement Director*

                                        */s/ Carl L. Moore*
                                        Carl L. Moore
                                        carl.moore@cfpb.gov
                                        202-435-9107
                                        Seth B. Popkin
                                        seth.popkin@cfpb.gov
                                        202-435-9496
                                        Mary K. Warren
                                        mary.warren@cfpb.gov
                                        202-435-7815
                                        *Enforcement Attorneys*

                                        Consumer Financial Protection Bureau
                                        1700 G Street, NW
                                        Washington, DC 20552