**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>Plaintiff,<br>v.<br><br>THE MORTGAGE LAW GROUP, LLP, CONSUMER FIRST LEGAL GROUP, LLC, THOMAS G. MACEY, JEFFREY J. ALEMAN, JASON E. SEARNS, and HAROLD E. STAFFORD,<br>Defendants. | Case No. 3:14-cv-00513 |

**NOTICE OF APPEAL**

Plaintiff Consumer Financial Protection Bureau hereby gives notice that it appeals to the United States Court of Appeals for the Seventh Circuit from the portions of the final judgment entered in this action on August 2, 2022 (Docket No. 601) that are adverse to the Bureau.

Date: September 15, 2022

Respectfully submitted,


Eric Halperin (DC Bar #491199)
*Enforcement Director*

David M. Rubenstein (DC Bar #458770)
*Deputy Enforcement Director*

Cynthia Gooen Lesser (NY Bar #2578045)
*Assistant Deputy Enforcement Director*

*/s/ Carl L. Moore*
Carl L. Moore, MD Bar #0912160268
carl.moore@cfpb.gov
202-435-9107
Seth B. Popkin, DC Bar #417365
seth.popkin@cfpb.gov
202-435-9496
*Senior Litigation Counsel*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552