IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONSUMER FINANCIAL
PROTECTION BUREAU,

        Plaintiff,

v.

THE MORTGAGE LAW GROUP, LLP, *et al.*,

        Defendants.

ORDER FOR RELEASE OF FUNDS

14-cv-513-wmc

    This matter comes before the court on the Joint Motion for an Order to Disburse Funds Held in Court's Registry. (Dkt. #616.) Having considered it, that motion is GRANTED. Accordingly, the Clerk of Court shall release all funds deposited by defendants Thomas Macey and Harold Stafford as follows:

1. By Electronic Funds Transfer ("EFT") to the "Consumer Financial Protection Bureau" in the amount of $10,854,510.85 for restitution or refunds.

2. By EFT made payable to the "Consumer Financial Protection Bureau" in the amount of $1,145,489.15 for civil money penalties.

3. The remaining funds by EFT made payable to "Thomas G. Macey" in the amount of $5,077,551.07, plus any interest, from which Macey shall then distribute as appropriate to Stafford.

Entered this 20th day of March, 2024.

BY THE COURT:

WILLIAM M. CONLEY
District Judge