**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE MORTGAGE LAW GROUP, LLP, *et al.*,<br><br>                              Defendants. | Case No. 3:14-cv-00513<br><br>Hon. William M. Conley |

**REPORT ON REDRESS**

Plaintiff Consumer Financial Protection Bureau (Bureau) files this Report on Redress pursuant to the Court's August 2, 2022 judgment directing the Bureau to "apprize the court annually of its progress" in distributing redress to affected consumers (*see* ECF No. 601 at 2). On September 19, 2024, the Bureau filed a report on redress in conjunction with a motion seeking redress clarifications (*see* Report on Redress and Motion for Clarification, ECF No. 619 (Report and Motion)). The Report and Motion, and earlier Bureau filings, informed the Court about redress that had been distributed to that point. On October 31, 2024, the Court entered a Text Only Order (see ECF No. 620) granting the Bureau's motion and approving the Bureau's distribution of redress as proposed in the Report and Motion. The Bureau took steps necessary to effectuate that distribution, and on March 10, 2026, the Bureau distributed checks to

(continued on next page)

1

approximately 6,500 consumers totaling approximately $8 million.

Date: April 8, 2026

Respectfully submitted,

*/s/ Seth Popkin*
Seth B. Popkin, DC Bar #417365
seth.popkin@cfpb.gov
(202) 253-2963
*Senior Litigation Counsel*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552